**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| IN RE: | **Peter R. Morris** | Case No. | **10-30240** |
|---|---|---|---|
| | | Chapter | **11** |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| D.B. Zwirn Real Estate Credit Partners, LLC<br>745 Fifth Avenue, 18th Floor<br>New York, NY 10151 | | Guarantee on Loan | | $28,004,679.00 |
| SPCP Group, LLC<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830-6353 | | Gurantee on Loan | | $26,789,212.00 |
| Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street<br>White Plains, NY 10606 | | Guarantee on Loan | | $26,789,212.00 |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201 | | Guarantee on Loan | | $21,810,000.00 |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201 | | Guarantee on Loan | | $16,747,787.00 |
| Capital One, National Association<br>14651 Dallas Parkway, Suite 300<br>Dallas, TX 75254<br>Attn: Dustin Lewis | | Guarantee on Loan | | $6,500,000.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Peter R. Morris**　　　　　　　　　　　　　　　Case No. **10-30240**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 1*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Bancentre Corp.<br>2309 NW Lacamas Drive<br>Cams, WA 98607<br>Attn: James Gibson | | Guarantee on Loan | | **$4,200,000.00** |
| Hancock Bank<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609 | | Guarantee on Loan | | **$3,840,000.00** |
| BFI Capital, LLC<br>50 Main Street, #1000<br>White Plains, NY 10606 | | Guarantee on Loan | | **$3,111,630.98** |
| LaJolla Bank<br>390 West Valley Parkway<br>Escondido, CA 92025 | | Guarantee on Loan - Lot 9 | | **$2,750,000.00** |
| LaJolla Bank<br>390 West Valley Parkway<br>Escondido, CA 92025 | | Guarantee on Loan - Lot 1 | | **$2,750,000.00** |
| FirstBank Puerto Rico<br>Attn: Commercial Loan Department<br>P.O. Box 309600<br>St. Thomas, USVI 00803 | | Guarantee on Loan | | **$2,600,000.00** |
| Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street<br>White Plains, NY 10606 | | Guarantee on Loan to PRM Realty | | **$2,100,000.00** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:  **Peter R. Morris**  Case No.  **10-30240**

Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 2*

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, goverment contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Enterprise Bank & Trust<br>c/o Enterprise Operations<br>1281 N. Warson Road<br>St. Louis, MO 63132 | | Guarantee on Loan | | **$1,966,400.00** |
| Pilot Pointe Development, LLC<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582 | | Guarantee on Loan | | **$1,700,000.00** |
| Bar Pilot Land, LLC<br>3380 Hurricane Bay Drive<br>Theodore, Al 36582 | | Guarantee on Loan | | **$1,700,000.00** |
| Bank of America, as successor by<br>  merger to LaSalle Bank National Assoc.<br>135 South LaSalle Steret, Suite 1225 | | Guarantee on Loan | | **$1,656,096.00** |
| Puritan Finance Corporation<br>55 West Monroe Street<br>Chicago, IL 60606<br>Attn:  Lawrence Sherman | | Guarantee on Loan | | **$1,289,418.00** |
| Compass Bank<br>8080 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206 | | Guarantee on Loan | | **$1,275,300.00** |
| M&T Bank<br>303 South Broadway, Suite 130<br>Tarrytown, NY 10501 | | Guarantee on Loan | | **$1,225,000.00** |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Peter R. Morris**                                                                  Case No. **10-30240**

                                                                                            Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

*Continuation Sheet No. 3*

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **01/08/2010**                                         Signature: **/s/ Peter R. Morris**
                                                                        *Peter R. Morris*

_____