Paul D. Moak (Texas State Bar No. 00794316)
Hugh M. Ray, III (Texas State Bar No. 24004246)
MCKOOL SMITH P.C.
600 Travis, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Facsimile: (713) 485-7344

ATTORNEYS FOR SPCP GROUP, LLC

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | **Chapter 11** |
| **PETER R. MORRIS** | § | **Case No. 10-30240-hdh-11** |
|    Debtor | § | |

### NOTICE OF APPEARANCE, REQUEST FOR ALL NOTICES,
### AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that McKool Smith P.C. ("McKool Smith") appears on behalf of SPCP Group, LLC, a creditor and party-in-interest ("SPCP"), and hereby submits this notice of appearance in the above-captioned proceeding and requests notice of all hearings and conferences herein and makes a demand for service of all papers herein, including all papers and notices pursuant to Bankruptcy Rules 2002, 9907, and 9010 and § 342(b) of the Bankruptcy Code. All notices given or required to be given in this case shall be given to and served upon McKool Smith at the following address:

| | |
|---|---|
| Paul D. Moak | Hugh M. Ray, III |
| **MCKOOL SMITH P.C.** | **MCKOOL SMITH P.C.** |
| 600 Travis, Suite 7000 | 600 Travis, Suite 7000 |
| Houston, Texas 77002 | Houston, Texas 77002 |
| Tel: 713-485-7300 | Tel: 713-485-7300 |
| Fax: 713-485-7344 | Fax: 713-485-7344 |
| pmoak@mckoolsmith.com | hmray@mckoolsmith.com |

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules and section of the Bankruptcy Code specified above, but also includes, without limitation, the schedules, statement of financial

affairs, any letter, application, motion, complaint, objection, claim, demand, hearing, petition, pleadings or request, discovery request, deposition notice, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex, or otherwise filed with or delivered to the Bankruptcy Clerk, Clerk, Court, or judge (as those terms are defined in Bankruptcy Rule 9001) in connection with and with regard to the above-referenced bankruptcy case and any proceedings related thereto.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of SPCP (i) to have final orders in noncore matters entered only after de novo review by a District Court; (ii) to trial by jury in any proceedings so triable in these cases, controversy, or proceeding related to these cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, setoffs, or recoupments to which SPCP is or may be entitled in law or equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

DATED: January 14, 2010.

Respectfully submitted,

MCKOOL SMITH P.C.

By: _/s/ H.M. Ray, III_
    PAUL D. MOAK
    State Bar No. 00794316
    HUGH M. RAY, III
    State Bar No. 24004246
    600 Travis, Suite 7000
    Houston, Texas 77002
    Telephone: (713) 485-7300
    Facsimile: (713) 485-7344

ATTORNEYS FOR SPCP GROUP, LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 14, 2010, a true and correct copy of the foregoing has been served upon the parties on the ECF service list.

                                      */s/ H.M. Ray, III*
                                      H. M. RAY, III