Melissa S. Hayward
 Texas Bar No. 24044908
 MHayward@FSLHlaw.com
**FRANKLIN SKIERSKI LOVALL HAYWARD LLP**
10501 N. Central Expy, Ste. 106
Dallas, Texas  75231
Tel: (972) 755-7100
Fax: (972) 755-7110

**ATTORNEYS FOR PURITAN FINANCE CORP.**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-30240-HDH-11 |
| | § | |
| PETER R. MORRIS, | § | CHAPTER 11 |
| | § | |
| Debtor. | § | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICES AND OTHER PAPERS

Puritan Finance Corporation ("Puritan") by and through its attorneys, Melissa S. Hayward and the law firm of Franklin Skierski Lovall Hayward LLP, in accordance with Rule 9010 of the Federal Rules of Bankruptcy Procedure, appears in this bankruptcy case.  Pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure, Puritan requests that all notices, motions, pleadings, orders, plans, and disclosure statements filed, served, or entered in this case be served upon the undersigned at the following address:

> Melissa S. Hayward
> MHayward@FSLHlaw.com
> **FRANKLIN SKIERSKI LOVALL HAYWARD LLP**
> 10501 N. Central Expy, Ste. 106
> Dallas, Texas  75231
> Tel: (972) 755-7100
> Fax: (972) 755-7110

This Notice of Appearance and Request for Service of Notices and Other Papers is not a waiver of any of Puritan's rights, including, without limitation, the right: (i) to have final orders in non-core matters entered only after *de novo* review by a judge of the appropriate United States District Court; (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; and (iii) to have the United States District Court withdraw the reference in any matters subject to mandatory or discretionary withdraw.

DATED: February 5, 2010.

Respectfully submitted,

**FRANKLIN SKIERSKI LOVALL HAYWARD LLP**

/s/  Melissa S. Hayward   02/5/10
    Melissa S. Hayward
      Texas Bar No. 24044908
      MHayward@FSLHlaw.com
    10501 N. Central Expy., Ste. 106
    Dallas, Texas  75231
    Tel: (972) 755-7100
    Fax: (972) 755-7110

**ATTORNEYS FOR PURITAN FINANCE CORP.**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon all parties receiving electronic notice via the Court's CM/ECF system on February 5, 2010.

/s/ Melissa S. Hayward  02/5/10
Melissa S. Hayward