UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
---------------------------------------------------------x
In re:                                                          Chapter 11

PETER. R. MORRIS,                                               Case No. 3-10-30240-bjh11

        Debtor.
---------------------------------------------------------x

FILED
FEB 05 2010
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Benowich Law, LLP, hereby enters its appearance and requests, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given or required to be given in this case and all papers served in this case, be delivered to and served upon:

        Leonard Benowich
        BENOWICH LAW, LLP
        1025 Westchester Avenue
        White Plains, NY 10604
        Telephone: (914) 946-2400
        Facsimile: (914) 946-9474
        E-mail: leonard@benowichlaw.com

    PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and Bankruptcy Code, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, plans, disclosure statements, schedules of assets and liabilities and statements of financial affairs.

    PLEASE TAKE FURTHER NOTICE that neither this Notice, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to waive (i) the right to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (ii) the right to trial by jury in any case, controversy, or proceeding, (iii) the right to have the reference withdrawn by the

District Court in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

PLEASE TAKE FURTHER NOTICE that request is also made that the undersigned be added to any official service list for notices of all contested matters, adversary proceedings or other proceedings in this case.

Dated: White Plains, New York
　　　　January 29, 2010

　　　　　　　　　　　　　　　　BENOWICH LAW, LLP

　　　　　　　　　　　　　　　　By: /s/ _____
　　　　　　　　　　　　　　　　Leonard Benowich (LB6129)

　　　　　　　　　　　　　　　　1025 Westchester Avenue
　　　　　　　　　　　　　　　　White Plains, NY 10604
　　　　　　　　　　　　　　　　Telephone: (914) 946-2400
　　　　　　　　　　　　　　　　Facsimile: (914) 946-9474
　　　　　　　　　　　　　　　　leonard@benowichlaw.com

　　　　　　　　　　　　　　　　Attorneys for Benowich Law, LLP

## Certificate of Service

**LEONARD BENOWICH**, an attorney and creditor, hereby affirms, under the penalty of perjury, that on February 1, 2010, I served the attached **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS,** upon the list attached hereto by depositing a true copy thereof enclosed in a post-paid wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, addressed to the party and/or parties attached hereto.

Dated: February 2, 2010
       White Plains, New York

                                                          _____
                                                          Leonard Benowich

Label Matrix for local noticing
0539-3
Case 10-30240-hdh11
Northern District of Texas
Dallas
Fri Jan 29 12:03:09 CST 2010

1100 Commerce Street
Room 1254
Dallas, TX 75242-1305

American Express
P.O. Box 297879
Fort Lauderdale, FL 33329-7879

American Reserve Life Insurance Company
Attn: Brad Phillips
1800 Valley View Lane, Suite 300
Dallas, TX 75234-8945

Asil Consulting LLC
The Naamans Building, Suite 206
3501 Silverside Road
Wilmington, DE 19810-4910

Audi Financial Services
P.O. Box 17497
Baltimore, MD 21297-1497

BFI Capital, LLC
50 Main Street, No. 1000
White Plains, NY 10606-1900

Bancentre Corp.
Attn: James Gibson
2309 NW Lacamas Drive
Cams, WA 98607-7680

Bank of America
LaSalle Bank NA
135 South LaSalle Steret, Suite 1225
Chicago, IL 60603-4702

Bar Pilot Land, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582-5228

Bar Pilot Land, LLC
CO Lyndel Anne Mason
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson St, Ste 570
Dallas, TX 75202-2413

Beerman Swerdlove
161 North Clark Street
Suite 2600
Chicago, IL 60601-3297

Benowich Law, LLP
1025 Westchester Avenue
White Plains, NY 10604-3508

Bentley Finanical
P.O. Box 174972
Baltimore, MD 21297-1497

Borteck & Sanders
70 South Orange Avenue
Livingston, NJ 07039-4910

Bridge Funding, Inc.
Attn: Lawrence Linksman
50 Main Street
White Plains, NY 10606-1901

Candice Wells
55 East Superior Street
3rd Floor
Chicago, IL 60611-3926

Capital One, National Association
Attn: Dustin Lewis
14651 Dallas Parkway, Suite 300
Dallas, TX 75254-8863

Charles M. Cobbe-Claude D. Smith
Cavazos, Hendricks, Poirot & Smitham, PC
900 Jackson Street
570 Founders Square
Dallas, TX 75202

Cole Taylor Bank
111 West Washington Street
Chicago, IL 60602-2703

Cole Taylor Bank
P.O. Box 88483
Chicago, IL 60680-1483

Compass Bank
8080 N. Central Expressway
Suite 400
Dallas, TX 75206-1811

Cook County Treasurer
P.O. Box 4468
Carol Stream, IL 60197-4468

Cork Joint Venture
CO Newman & Newman
One McKinely Square
Boston, MA 02109-2630

D.B. Zwirn Real Estate Credit
Partners, LLC
745 Fifth Avenue, 18th Floor
New York, NY 10151-1800

Dallas County
Linebarger Goggan Blair & Sampson, LLP
CO Laurie Spindler Huffman
2323 Bryan Street Suite 1600
Dallas, TX 75201-2637

Ellen M. Walker-Lee Forlenza
Granoff, Walker & Forlenza, P.C.
747 Third Avenue, Suite 4C
New York, NY 10017-2803

Enterprise Bank & Trust
CO Enterprise Operations
1281 N. Warson Road
St. Louis, MO 63132-1805

FirstBank Puerto Rico
Attn: Commercial Loan Department
P.O. Box 309600
St. Thomas, VI 00803-9600

Foley & Lardner
Attn: Jay Erens
321 North Clark Street
Chicago, IL 60654-4714

George H.T. Dudley
Dudley, Topper and Feuerzeig, LLP
1000 Frederiksberg Gade
P.O. Box 756
St. Thomas, VI 00804-0756

Hancock Bank
Attn: Jerry M. Broughton
6312 Picadilly Square Dr., Suite 3
Mobile, AL 36609-5143

Harris Bank
P.O. Box 6201
Carol Stream IL 60197-6201

Heartsill Ragon
Gill Elrod Owen & Sherman, P.A.
425 W. Capitol Avenue, Suite 3801
Little Rock, AR 72201-3460

Herrick Feinstein LLP
2 Park Avenue
New York, NY 10016-9302

Hollis Logan
930 Cerro de la Paz
Santa Fe, NM 87501-2147

Internal Revenue Service
Mail Code 5027 DAL
1100 Commerce St.
Dallas, TX 75242-1001

Jennifer L. Roselius
Hand Arendall
11 N. Water Street, Suite 30200
Mobile, AL 36602-3809

John Meyer Consulting, P.C.
CO Welby, Brady & Greenblatt, LLP
Attn: Thomas H. Welby
11 Martine Avenue
White Plains, NY 10606-1934

Justin M. Stephens
Husch & Eppenberger
190 Carodelete Plaza, Suite 600
Clayton, MO 63105-3441

Kourosh Dini, M.D.
30 North Michigan Avenue
Chicago, IL 60602-3402

LaJolla Bank
390 West Valley Parkway
Escondido, CA 92025-2635

Lance Gotthoffer-Panos Katsambas
Reed Smith LLP
599 Lexington Avenue, 22nd Floor
New York, NY 10022-6030

Lowenstein Sandler
65 Livingston Avenue
Roseland, NJ 07068-1791

M & T Bank
303 South Broadway, Suite 130
Tarrytown, NY 10591-5498

Mahadeva, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601-1832

Marks Paneth & Schron
622 Third Avenue
7th Floor
New York, NY 10017-6701

Merrill Lynch
800 N. Michigan Homeowners Assoc.
800 North Michigan Avenue
Chicago, Il 60611-2105

Merrill Lynch
Home Equity Service Center
P.O. Box 5443
Mt. Laurel, NJ 08054-5443

Merrill Lynch
Mortgage Servce Center
P.O. Box 5459
Mt. Laurel, NJ 08054-5459

Metropolitan National Bank
425 W. Capitol Avenue
Little Rock, AR 72201-3405

Natalie Frank
1145 Sheridan Road
Evanston, IL 60202-1441

Nick Dreher-Keith Yamada-Keoni Schulz
Cades Schutte, LLLP
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4298

Osborne, Helman, Kneel & Deleery
301 Congress Avenue, Suite 1910
Austin, TX 78701-2959

Pahio Marketing, Inc.
3970 Wylie Road
Princeville, Kauai, HI 96722-5506

Pahio Resorts
3970 Wyllie Road
Princeville, Kuai, HI 96722-5506

Park Hyatt
75 Remittance Dr., Suite 1972
Chicago, IL 60675-1972

Paul J. Ochmanek, Jr.
Levenfeld Pearlstein, LLC
2 North LaSalle Street, Suite 1300
Chicago, IL 60602-3709

Pilot Pointe Development, LLC
3380 Hurricane Bay Drive
Theodore, AL 36582-5228

Pilots Pointe Development, LLC
CO Lyndel Anne Mason
Cavazos Hendricks Poirot & Smitham, PC
900 Jackson St, Ste 570
Dallas, TX 75202-2413

| | | |
|---|---|---|
| Puritan Finance Corporation<br>Attn: Lawrence Sherman<br>55 West Monroe Street<br>Chicago, IL 60603-5050 | Reed Smith<br>10 South Wacker Dr.<br>Chicago, IL 60606-7453 | Regions Bank<br>104 St. Francis Street<br>6th Floor Annex<br>ALMB60134M<br>Mobile, AL 36602-3422 |
| Richard A. Wright-Kirkland E. Reid<br>Jones, Walker, Waechter, Poitevent,<br>Carrere & Denegre, L.P.P.<br>254 State Street<br>Mobile, AL 36603-6474 | SPCP Group, LLC<br>CO McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002-3018 | SPCP Group, LLC<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830-6353 |
| Scott E. Jensen<br>Murry, Jensen & Wilson, Ltd.<br>101 N. Wacker Dr., Suite 101<br>Chicago, IL 60606-1714 | Scott K. McDonald<br>Prager, Metzger & Kroemer PLLC<br>2625 Cold Avenue, Suite 900<br>Dallas, TX 75204 | Sovereign Bank<br>P.O. Box 13098<br>Reading, PA 19612-3098 |
| Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL 60603-1208 | Straggas & Associates<br>5000 Birch Street, Suite 420<br>Newport, CA 92660-8127 | Stutman, Treister & Glatt<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-6001 |
| System Parking<br>111 East Wacker Dr., Suite 1407<br>Chicago, IL 60601-4501 | Tishler & Wald<br>200 South Wacker Dr., Suite 300<br>Chicago, IL 60606-5845 | Torshen, Slobig, Genden et al<br>105 West Adams St., Ste. 3200<br>Chicago, IL 60603-6209 |
| Torshen, Slobig, Genden, Dragutinovich & Ale<br>105 West Adams Street<br>Suite 3200<br>Chicago, IL 60603-6209 | VW Credit, Inc.<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | Vicky Gunning<br>Locke Liddell & Sapp LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 |
| William J. Harte, Ltd.<br>111 West Washington Street<br>Sutie 1100<br>Chicago, IL 60602-2703 | William J. Serrietalla-Jillian S. Cole<br>Aronberg Goldgehn Davis & Garmisa<br>330 N. Wabash Avenue, Suite 1700<br>Chicago, IL 60611-7765 | Gerrit M. Pronske<br>Pronske & Patel, P.C.<br>2200 Ross Avenue<br>Suite 5350<br>Dallas, TX 75201-7903 |
| Melanie Pearce Goolsby<br>Pronske & Patel, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 | Peter R. Morris<br>2728 McKinnon Dr., No. 1011<br>Dallas, TX 75201-1641 | UST U.S. Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-1011 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)VW Credit, Inc.     (u)Bar Pilot Land, LLC     (u)Dallas County