UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re:

PETER R. MORRIS,

Debtor

Chapter 11

**FILED**

FEB 1 8 2010

TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**NOTICE OF APPEARANCE**

10 - 30240

PLEASE TAKE NOTICE, that pursuant to F.R.B.P. 9010, the undersigned does

hereby appear in this case as attorney for Manufacturers and Traders Trust Company, a

creditor herein, and does request that copies of any and all papers, pleadings and process

filed in this case be served on the undersigned in such capacity.

Date: December 7, 2009

MELVIN & MELVIN, PLLC
BY: LOUIS LEVINE, ESQ.
Bar Roll No. (NDNY) 103581
Attorneys for Manufacturers and
Traders Trust Company
Office and P.O. Address
217 South Salina Street, Suite 700
Syracuse, New York 13202
Tel: (315) 422-1311
Email: llevine@melvinlaw.com