| CASE NAME: | | Cash Basis Signature Page |
|---|---|---|
| | PETER R. MORRIS | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS |
| | 10-30240-HDH-11 | |
| JUDGE: | | 2/22/2010 4:47 PM |
| | HALE | |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF TEXAS

DIVISION 6
MONTHLY OPERATING REPORT

**MONTH ENDING:**     **JANUARY 31, 2010**

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_[signature]_
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

                      **Self**
                      TITLE

PETER R. MORRIS
PRINTED NAME OF RESPONSIBLE PARTY

               2/22/2010
               DATE

PREPARER:

_[signature]_
ORIGINAL SIGNATURE OF PREPARER

             **Assistant Controller**
             TITLE

ROBERT SCHULZ
PRINTED NAME OF PREPARER

               2/22/2010
               DATE

| CASE NAME: | PETER R. MORRIS |
|---|---|
| CASE NUMBER: | 10-30240-HDH-11 |

MOR for Cash Basis, Form I
Monthly Operating Report
CASH BASIS-1

| CASH RECEIPTS AND DISBURSEMENTS | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|
| | | | | JAN, 2010 |
| 1. CASH - BEGINNING OF MONTH | | | | 44,422.69 |
| RECEIPTS | | | | |
| 2. CASH SALES | | | | 0.00 |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | | | | 0.00 |
| 4. LOANS & ADVANCES | | | | 0.00 |
| 5. SALE OF ASSETS | | | | 0.00 |
| 6. LEASE & RENTAL INCOME | | | | 0.00 |
| 7. WAGES | | | | 0.00 |
| 8. OTHER (ATTACH LIST) | | | | 38,278.50 |
| 9. TOTAL RECEIPTS | | | | 38,278.50 |
| DISBURSEMENTS | | | | |
| 10. NET PAYROLL | | | | 0.00 |
| 11. PAYROLL TAXES PAID | | | | 0.00 |
| 12. SALES, USE & OTHER TAXES PAID | | | | 0.00 |
| 13. INVENTORY PURCHASES | | | | 0.00 |
| 14. MORTGAGE PAYMENTS | | | | 0.00 |
| 15. OTHER SECURED NOTE PAYMENTS | | | | 7,500.00 |
| 16. RENTAL & LEASE PAYMENTS | | | | 5,801.57 |
| 17. UTILITIES | | | | 1,097.65 |
| 18. INSURANCE | | | | 0.00 |
| 19. VEHICLE EXPENSES | | | | 273.00 |
| 20. TRAVEL | | | | 262.63 |
| 21. ENTERTAINMENT | | | | 0.00 |
| 22. REPAIRS & MAINTENANCE | | | | 0.00 |
| 23. SUPPLIES | | | | 0.00 |
| 24. ADVERTISING | | | | 0.00 |
| 25. HOUSEHOLD EXPENSES | | | | 494.26 |
| 26. CHARITABLE CONTRIBUTIONS | | | | 0.00 |
| 27. GIFTS | | | | 0.00 |
| 28. OTHER (ATTACH LIST) | | | | 59,182.20 |
| 29. TOTAL ORDINARY DISBURSEMENTS | | | | 74,611.31 |
| REORGANIZATION EXPENSES | | | | |
| 30. PROFESSIONAL FEES | | | | 203.00 |
| 31. U.S. TRUSTEE FEES | | | | 0.00 |
| 32. OTHER (ATTACH LIST) | | | | 0.00 |
| 33. TOTAL REORGANIZATION EXPENSE | | | | 203.00 |
| 34. TOTAL DISBURSEMENTS | | | | 74,814.31 |
| 35. NET CASH FLOW | | | | (36,535.81) |
| 36. CASH - END OF MONTH | | | | 7,886.88 |

PETER R. MORRIS
CASE #10-30240-HDH-11
1/31/2010

ATTACHED LIST FOR CASH BASIS-1

SECTION(S)

8. OTHER (ATTACH LIST)

| Date | Payer | Amount |
|---|---|---|
| 1/13/2010 | SRA | 10,000.00 |
| 1/15/2010 | CPPP INCOME | 5,000.00 |
| 1/19/2010 | DEPOSIT FROM MORRIS-TRUST ACCOUNT FOLEY | 23,278.50 |
| | TOTAL 8. OTHER (ATTACH LIST) | 38,278.50 |

28. OTHER (ATTACH LIST)

| Date | Payee | Amount |
|---|---|---|
| 1/11/2010 | HARRIS BANK | 3.50 |
| 1/11/2010 | HARRIS BANK | 3.50 |
| 1/11/2010 | HARRIS BANK | 20.00 |
| 1/14/2010 | HARRIS BANK | 2.00 |
| 1/15/2010 | LISSETTE MARTINEZ (CASH FOR MORRIS) | 500.00 |
| 1/20/2010 | LISSETTE MARTINEZ (CASH FOR MORRIS) | 2,000.00 |
| 1/25/2010 | HARRIS BANK | 3.50 |
| 1/31/2010 | PRM REALTY GROUP LLC | 45,486.69 |
| 1/31/2010 | PRM REALTY GROUP LLC | 11,163.01 |
| | TOTAL 28. OTHER (ATTACH LIST) | 59,182.20 |

| CASE NAME: | PETER R. MORRIS | | MOR for Cash Basis, Form 1A |
|---|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | | Monthly Operating Report |
| | | | CASH BASIS-1A |
| | | | MONTH: JANUARY 2010 |

### CASH DISBURSEMENTS DETAIL (ATTACH ADDITIONAL SHEETS IF NECESSARY)

#### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | TOTAL CASH DISBURSEMENTS | | 0.00 |

### BANK ACCOUNT DISBURSEMENTS

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| DM | 1/8/2010 | GLASS HOUSE RE | RENT-TEXAS | 432.40 |
| 2109 | 1/8/2010 | THE SHERRY NETHERLAND | RENT-THE SHERRY | 5,369.17 |
| 2111 | 1/8/2010 | CLERK OF THE CIRCUIT COURT | COURT FEES | 203.00 |
| DM | 1/11/2010 | ATT | APARTMENT-TELEPHONE TEX | 61.39 |
| DM | 1/11/2010 | COM ED | APARTMENT-ELECTRIC | 189.86 |
| DM | 1/11/2010 | ATT | APARTMENT-TELEPHONE TEX | 219.92 |
| DM | 1/11/2010 | ATT | APARTMENT-TELELPHONE CH | 223.52 |
| DM | 1/11/2010 | HARRIS BANK | BANK CHARGE | 3.50 |
| DM | 1/11/2010 | HARRIS BANK | BANK CHARGE | 3.50 |
| DM | 1/11/2010 | HARRIS BANK | BANK CHARGE | 20.00 |
| 2113 | 1/14/2010 | RIAMIA | LOAN PAYABLE-NASSO | 7,500.00 |
| DM | 1/14/2010 | HARRIS BANK | BANK CHARGE | 2.00 |
| 2119 | 1/15/2010 | LISSETTE MARTINEZ (CASH FOR MORR | CASH FOR MORRIS | 500.00 |
| DM | 1/19/2010 | ATT | APARTMENT-TELEPHONE | 187.56 |
| 2128 | 1/20/2010 | LISSETTE MARTINEZ (CASH FOR MORR | CASH FOR MORRIS | 2,000.00 |
| 2129 | 1/20/2010 | KENNETH BRYANT (CASH FOR MORRIS | CASH FOR MORRIS-MEDS | 200.00 |
| 2116 | 1/21/2010 | SECRETARY OF STATE | CAR EXPENSE-LICENSE PLATE | 198.00 |
| DM | 1/25/2010 | HARRIS BANK | BANK CHARGE | 3.50 |
| VARIOUS | 1/31/2010 | PRM REALTY GROUP LLC | VARIOUS SUPPORT TO PRM | 45,486.69 |
| Debit | 1/8/2010 | DB-POS-PIONEER CREDIT COUNS | SUBSCRIPTIONS | 35.00 |
| Debit | 1/12/2010 | DB-POS-TXU BILL PAYMENT | APARTMENT-ELECTRIC | 215.40 |
| Debit | 1/15/2010 | DB-POS-WALGREENS 1068 Q | PERSONAL-MORRIS | 27.73 |
| Debit | 1/19/2010 | DB-POS-HUGO S FROG BAR | TRAVEL-MEAL | 44.69 |
| Debit | 1/19/2010 | DB-POS-TRULUCKS DALLAS | TRAVEL-MEAL | 108.76 |
| Debit | 1/19/2010 | DB-POS-PALOMINO | TRAVEL-MEAL | 109.18 |
| Debit | 1/19/2010 | DB-POS- 43 OCEAN PRIME DALL | APARTMENT-CABLE | 43.75 |
| Debit | 1/21/2010 | DB-POS-OCEANIQUE | APARTMENT-CABLE | 187.78 |
| Debit | 1/25/2010 | DB-POS-150 N WACKER DR 016Q | PARKING-MORRIS | 75.00 |
| VARIOUS | 1/31/2010 | PRM REALTY GROUP LLC | VARIOUS SUPPORT TO PRM | 11,163.01 |
| | | | | |
| | | | | |
| | | TOTAL BANK ACCOUNT DISBURSEMENTS | | 74,814.31 |

| TOTAL DISBURSEMENTS FOR THE MONTH | 74,814.31 |
|---|---|

| CASE NAME: | | MOR for Cash Basis, Form 2 |
| --- | --- | --- |
| | PETER R. MORRIS | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-2 |
| | 10-30240-HDH-11 | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well us all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: JANUARY 2010

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
| --- | --- | --- | --- | --- | --- |
| A. | BANK: | Bank of America | Harris | Harris | TOTAL |
| B. | ACCOUNT NUMBER: | 385007576508 | 4803367264 | 4803363601 | |
| C. | PURPOSE <TYPE>: | Checking | Checking | Debit Checking | |
| 1. | BALANCE PER BANK STATEMENT | (124.00) | 4,403.00 | 546.97 | 4,825.97 |
| 2. | ADD- TOTAL DEPOSITS NOT CREDITED | 0.00 | | 0.00 | 0.00 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0.00 | | 0.00 | 0.00 |
| 4. | OTHER RECONCILING ITEMS | 0.00 | 2,556.76 | 0.00 | 2,556.76 |
| 5 | MONTH END BALANCE PER BOOKS | (124.00) | 6,959.76 | 546.97 | 7,382.73 |
| 6. | NUMBER OF LAST CHECK WRITTEN | # ----- | # 2140 | N/A | |

| INVESTMENT ACCOUNTS | | | | |
| --- | --- | --- | --- | --- |
| BANK. ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7 | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | | 0.00 |

| CASH | |
| --- | --- |
| 12. CURRENCY ON HAND | 0.00 |

| 13. TOTAL CASH - END OF MONTH | 7,382.73 |
| --- | --- |

| CASE NAME: | | MOR for Cash Basis, Form 2 |
| --- | --- | --- |
| | PETER R. MORRIS | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-2 (PAGE 2) |
| | 10-30240-HDH-11 | |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well us all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH: JANUARY 2010

| BANK RECONCILIATIONS | | Account #4 | Account #5 | Account #6 | |
| --- | --- | --- | --- | --- | --- |
| A. | BANK: | Bank of Scotland | Highland Bank | DWS Investments | TOTAL |
| B. | ACCOUNT NUMBER: | 00433062 | | | |
| C. | PURPOSE <TYPE>: | Term Account | COD | Money Mkt | |
| 1. | BALANCE PER BANK STATEMENT | (62,903.35) | 500,000.00 | 504.15 | 437,600.80 |
| 2. | ADD- TOTAL DEPOSITS NOT CREDITED | | | | 0.00 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | | | | 0.00 |
| 4. | OTHER RECONCILING ITEMS | | | | 0.00 |
| 5 | MONTH END BALANCE PER BOOKS | (62,903.35) | 500,000.00 | 504.15 | 437,600.80 |
| 6. | NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | | | | | |
| --- | --- | --- | --- | --- | --- |
| BANK. ACCOUNT NAME & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | | 0.00 |

| CASH | | |
| --- | --- | --- |
| 12. | CURRENCY ON HAND | 0.00 |

| 13. | TOTAL CASH - END OF MONTH | 437,600.80 |
| --- | --- | --- |

"13." Total from Page CASH BASIS-2    7,382.73

Total Cash - End of Month    444,983.53

| CASE NAME: PETER R. MORRIS | | | MOR for Cash Basis, Form 3 Monthly Operating Report |
|---|---|---|---|
| CASE NUMBER: 10-30240-HDH-11 | | | CASH BASIS-3 |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE AMOUNT (*) | MONTH | MONTH | MONTH<br>JAN, 2010 |
| 1. 800 N Michigan #3703, Chicago IL 60610 | 1,349,000.00 | | | 1,349,000.00 |
| 2. 10 & 22 & 23 Valkyria, Cold Spring NY 10156 | 16,500,000.00 | | | 16,500,000.00 |
| 3. 600 W Stratford, Chicago, IL 60611 | 2,000,000.00 | | | 2,000,000.00 |
| 4. OTHER (ATTACH LIST) | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | 19,849,000.00 | | | 19,849,000.00 |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | 0.00 | | | 0.00 |
| 2. CHECKING, SAVINGS, ETC. | 437,096.65 | | | 444,983.53 |
| 3. SECURITY DEPOSITS | 250.00 | | | 250.00 |
| 4. HOUSEHOLD GOODS | 5,615.00 | | | 5,615.00 |
| 5. BOOKS. PICTURES. ART | 1,200.00 | | | 1,200.00 |
| 6. WEARING APPAREL | 2,000.00 | | | 2,000.00 |
| 7. FURS AND JEWELRY | 10,000.00 | | | 10,000.00 |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | 0.00 |
| 9. INSURANCE POLICIES | | | | 0.00 |
| 10. ANNUITIES | | | | 0.00 |
| 11. RETIREMENT & PROFIT SHARING | | | | 0.00 |
| 12. STOCKS | | | | 0.00 |
| 13. PARTNERSHIPS & JOINT VENTURES | | | | 0.00 |
| 14. GOVERNMENT & CORPORATE BONDS | | | | 0.00 |
| 15. ACCOUNTS RECEIVABLE | 14,028,122.84 | | | 14,028,122.84 |
| 16. ALIMONY | | | | 0.00 |
| 17. OTHER LIQUIDATED DEBTS | | | | 0.00 |
| 18. EQUITABLE INTERESTS | | | | 0.00 |
| 19. CONTINGENT INTERESTS | | | | 0.00 |
| 20. OTHER CLAIMS | | | | 0.00 |
| 21. PATENTS & COPYRIGHTS | | | | 0.00 |
| 22. LICENSES & FRANCHISES | | | | 0.00 |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 160,000.00 | | | 160,000.00 |
| 24. BOATS & MOTORS | | | | 0.00 |
| 25. AIRCRAFT | | | | 0.00 |
| 20. OFFICE EQUIPMENT | | | | 0.00 |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | | | 0.00 |
| 28. INVENTORY | | | | 0.00 |
| 29. ANIMALS | | | | 0.00 |
| 30. CROPS | | | | 0.00 |
| 31. FARMING EQUIPMENT | | | | 0.00 |
| 32. FARM SUPPLIES | | | | 0.00 |
| 33. OTHER (ATTACH LIST) | | | | 0.00 |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 14,644,284.49 | | | 14,652,171.37 |
| 35. TOTAL ASSETS | 34,493,284.49 | | | 34,501,171.37 |

(*) The schedule amounts are as of 2/21/2010, and subject to change. Final schedules have not been submitted.

- DATE AMENDED _____

| CASE NAME: | | MOR for Cash Basis, Form 4 |
|---|---|---|
| PETER R. MORRIS | | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-4 |
| 10-30240-HDH-11 | | |
| | | MONTH: JANUARY 2010 |

| LIABILITIES OF THE ESTATE | | |
|---|---|---|
| PREPETITION LIABILITIES | SCHEDULE AMOUNT (*) | PAYMENTS |
| 1. SECURED | 6,737,043.82 | 0.00 |
| 2. PRIORITY | 674,193.46 | 0.00 |
| 3. UNSECURED | 201,933,068.44 | 0.00 |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | 209,344,305.72 | 0.00 |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA / MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | NONE | | 0.00 |
| OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. [NONE] | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | | | 0.00 |
| 31. TOTAL POSTPETITION LIABILITIES | | | | 0.00 |

(*) The schedule amounts are as of 2/21/2010, and subject to change. Final schedules have not been submitted.

| CASE NAME: | | Cash Basis, Form 4A |
|---|---|---|
| | PETER R. MORRIS | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-4A |
| | 10-30240-HDH-11 | |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT (*) | MONTH | MONTH | MONTH JAN, 2010 |
|---|---|---|---|---|
| 1. 0-30 | | | | 0.00 |
| 2. 31-60 | | | | 0.00 |
| 3. 61-90 | | | | 0.00 |
| 4. 90+ | 14,028,122.84 | | | 14,028,122.84 |
| 5. TOTAL ACCOUNTS RECEIVABLE | 14,028,122.84 | | | 14,028,122.84 |
| 6 AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | 14,028,122.84 | | | 14,028,122.84 |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| I. FEDERAL | | | | | |
| J. STATE | | | | | |
| 3. LOCAL | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL TAXES PAYABLE | | | | | |
| 6. ACCOUNTS PAYABLE | | | | | 0.00 |

| STATUS OF POSTPETITION TAXES | | MONTH: JANUARY 2010 | | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1. WITHHOLDING ** | | | | |
| 2. FICA-EMPLOYEE ** | | | | |
| 3. FICA-EMPLOYER ** | | | | |
| 4. UNEMPLOYMENT | | | | |
| 5. INCOME | | | | |
| 6. OTHER (ATTACH LIST) | | | | |
| 7. TOTAL FEDERAL TAXES | | | | 0.00 |
| STATE AND LOCAL | | | | |
| 8. WITHHOLDING | | | | |
| 9. SALES | | | | |
| 10. EXCISE | | | | |
| 11. UNEMPLOYMENT | | | | |
| 12. REAL PROPERTY | | | | |
| 13. PERSONAL PROPERTY | | | | |
| 14 OTHER (ATTACH LIST) | | | | |
| 15. TOTAL STATE A LOCAL | | | | 0.00 |
| 16. TOTAL TAXES | | | | 0.00 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\* Attach photocopies *at* IRS Form 4123 or your FTD coupon and payment receipt to verify payment or deposit.

(*) The schedule amounts are as of 2/21/2010, and subject to change. Final schedules have not been submitted.

| CASE NAME: | PETER R. MORRIS |
|---|---|
| CASE NUMBER: | 10-30240-HDH-11 |

MOR for Cash Basis, Form 5
Monthly Operating Report
CASH BASIS-5

MONTH: JANUARY 2010

### PAYMENTS TO INSIDERS AND PROFESSIONALS

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | | |
|---|---|---|---|---|
| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL PAYMENTS TO INSIDERS | | 0.00 | 0.00 |

| | PROFESSIONALS | | | | | |
|---|---|---|---|---|---|---|
| | NAME | DATE OF COURT ORDER AUTHORIZING | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | NONE | NONE | NONE | |

* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

### POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1. | AUDI FINANCIAL SERVICES | 1,850.74 | 0.00 | 1,850.74 |
| 2. | BENTLEY FINANCIAL | 2,308.50 | 0.00 | 2,308.50 |
| 3. | COLE TAYLOR BANK | 4,302.30 | 0.00 | 4,302.30 |
| 4. | HARRIS BANK | 3,535.00 | 0.00 | 3,535.00 |
| 5. | MERRILL LYNCH -- 2 LOANS | 35,904.40 | 0.00 | 35,904.40 |
| 6. | TOTAL | 47,900.94 | 0.00 | 47,900.94 |

| CASE NAME: | | MOR for Cash Basis, Form 6 |
| --- | --- | --- |
| | PETER R. MORRIS | Monthly Operating Report |
| CASE NUMBER: | | CASH BASIS-6 |
| | 10-30240-HDH-11 | |
| | | MONTH: JANUARY 2010 |

| QUESTIONNAIRE | YES | NO |
| --- | --- | --- |
| 1. HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | X | |
| 3. ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | X | |
| 5. HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | X | |
| 11. HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

2.) DIP ACCOUNTS NOT OPENED FOR THIS PERIOD.

10.) DEBT SERVICES AS PER FROM "CASH BASIS-5" SECURED NOTES

| INSURANCE | YES | NO |
| --- | --- | --- |
| 1. ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. ARE ALL PREMIUM PAYMENTS PAID CURRENT? | | X |
| 3. PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

HOMEONERS INSURANCE POLICY - NO NZC 269 99 15

| INSTALLMENT PAYMENTS | | | |
| --- | --- | --- | --- |
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| | | | |
| | | | |
| | | | |
| | | | |