Steven C. Metzger
Texas State Bar No. 13982500
Metzger & McDonald PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-523-3838
Attorneys for Stonehill Realty Capital, Inc.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| PETER R. MORRIS § | CASE NO. 10-30240-hdh-11 |
| § | |
| DEBTOR. § | |

### NOTICE OF APPEARANCE AND
### REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002
### AND PLEADINGS PURSUANT TO BANKRUPTCY RULES 3017 AND 9007

COMES NOW STEVEN C. METZGER AND METZGER & MCDONALD PLLC, pursuant to Bankruptcy Rules 9010(b), 2002, 3017(a), 9007 and files this Notice of Appearance and request for service of documents as counsel for STONEHILL REALTY CAPITAL, INC., a party in interest in the captioned proceeding.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith and all papers served or required to be served in this case and any cases consolidated herewith be given to and served upon the following at the office, postal address and telephone numbers listed below:

Steven C. Metzger, Esq.
Metzger & McDonald PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-523-3838
Email: smetzger@pmklaw.com

The request encompasses all notices, copies of pleadings referred to in Section 1109(b) of Title 11, United States Code, or in Rules 2002, 3017 or 9007 of the Bankruptcy Rules including, without limitation, notices of Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications and any other documents brought before this Court in this case, whether formal or informal, written or oral, transmitted or conveyed by mail, delivery, telephone, facsimile, email or otherwise which effects or seeks to affect the above case. Further, the undersigned requests that such counsel be provided with a copy of any Chapter 11 or 13 Plan submitted or to be submitted prior to its approval.

This Notice of Appearance shall not be construed as authorization to serve counsel for Stonehill Realty Capital, Inc. with any summons and complaint or any service of process under Bankruptcy Rules 7001, *et seq.* The undersigned additionally requests that the Debtor, Trustee and Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

Dated this 2nd day of March, 2010.

Respectfully submitted,

/S/ STEVEN C. METZGER

Steven C. Metzger
Texas State Bar No. 13982500
METZGER & McDONALD PLLC
3626 N. Hall Street, Suite 800
Dallas, Texas 75219-5133
Telephone: 214-740-5030
Facsimile: 214-523-3838
Email: smetzger@pmklaw.com

ATTORNEYS FOR STONEHILL REALTY CAPITAL, INC.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance and Request for all copies was filed electronically on March ____, 2010. Service was accomplished by the method and to the following as indicated.

/s/ Steven C. Metzger
Steven C. Metzger

BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL, POSTAGE PREPAID:

**Debtor**
Peter R. Morris
2728 McKinnon Dr., No. 1011
Dallas, Texas 75201

**Debtor's Attorney**
Gerrit M. Pronske
Pronske & Patel, P.C.
2200 Ross Avenue, Suite 5350
Dallas, Texas 75201
Email: gpronske@pronskepatel.com

**U.S. Trustee**
U.S. Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242-1496

and to those persons listed on Exhibit "A."

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-3<br>Case 10-30240-hdh11<br>Northern District of Texas<br>Dallas<br>Sun Feb 28 14:05:45 CST 2010 | 1100 Commerce Street<br>Room 1254<br>Dallas, TX 75242-1305 | American Express<br>P.O. Box 297879<br>Fort Lauderdale, FL 33329-7879 |
| American Express Centurion Bank<br>POB 3001<br>Malvern, PA 19355-0701 | American Reserve Life Insurance Company<br>Attn: Brad Phillips<br>1800 Valley View Lane, Suite 300<br>Dallas, TX 75234-8945 | Asil Consulting LLC<br>The Naamans Building, Suite 206<br>3501 Silverside Road<br>Wilmington, DE 19810-4910 |
| Audi Financial Services<br>P.O. Box 17497<br>Baltimore, MD 21297-1497 | BFI Capital, LLC<br>50 Main Street, No. 1000<br>White Plains, NY 10606-1900 | Bancentre Corp.<br>Attn: James Gibson<br>2309 NW Lacamas Drive<br>Cams, WA 98607-7680 |
| Bank of America<br>LaSalle Bank NA<br>135 South LaSalle Steret, Suite 1225<br>Chicago, IL 60603-4146 | Bar Pilot Land, LLC<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582-5228 | Bar Pilot Land, LLC<br>CO Lyndel Anne Mason<br>Cavazos Hendricks Poirot & Smitham, PC<br>900 Jackson St, Ste 570<br>Dallas, TX 75202-2413 |
| Beerman Swerdlove<br>161 North Clark Street<br>Suite 2600<br>Chicago, IL 60601-3297 | Benowich Law, LLP<br>1025 Westchester Avenue<br>White Plains, NY 10604-3508 | Benowich Law, LLP<br>co Leonard Benowich<br>1025 Westchester Ave<br>White Plains, NY 10604-3508 |
| Bentley Finanical<br>P.O. Box 174972<br>Baltimore, MD 21297-1497 | Borteck & Sanders<br>70 South Orange Avenue<br>Livingston, NJ 07039-4910 | Bridge Funding, Inc.<br>Attn: Lawrence Linksman<br>50 Main Street<br>White Plains, NY 10606-1901 |
| Candice Wells<br>55 East Superior Street<br>3rd Floor<br>Chicago, IL 60611-3926 | Capital One Bank (USA), N.A.<br>by American Infosource Lp As Agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Capital One, National Association<br>Attn: Dustin Lewis<br>14651 Dallas Parkway, Suite 300<br>Dallas, TX 75254-8863 |
| Charles M. Cobbe-Claude D. Smith<br>Cavazos, Hendricks, Poirot & Smitham, PC<br>900 Jackson Street<br>570 Founders Square<br>Dallas, TX 75202 | Cole Taylor Bank<br>111 West Washington Street<br>Chicago, IL 60602-2703 | Cole Taylor Bank<br>P.O. Box 88483<br>Chicago, IL 60680-1483 |
| Compass Bank<br>8080 N. Central Expressway<br>Suite 400<br>Dallas, TX 75206-1811 | Cook County Treasurer<br>P.O. Box 4468<br>Carol Stream, IL 60197-4468 | Cork Joint Venture<br>CO Newman & Newman<br>One McKinely Square<br>Boston, MA 02109-2630 |
| D.B. Zwirn Real Estate Credit<br>Partners, LLC<br>745 Fifth Avenue, 18th Floor<br>New York, NY 10151-1800 | Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>CO Laurie Spindler Huffman<br>2323 Bryan Street Suite 1600<br>Dallas, TX 75201-2637 | Ellen M. Walker-Lee Forlenza<br>Granoff, Walker & Forlenza, P.C.<br>747 Third Avenue, Suite 4C<br>New York, NY 10017-2803 |

| | | |
|---|---|---|
| Enterprise Bank & Trust<br>C0 Enterprise Operations<br>1281 N. Warson Road<br>St. Louis, MO 63132-1805 | FirstBank Puerto Rico<br>Attn: Commercial Loan Department<br>P.O. Box 309600<br>St. Thomas, VI 00803-9600 | Foley & Lardner<br>Attn: Jay Erens<br>321 North Clark Street<br>Chicago, IL 60654-4714 |
| George H.T. Dudley<br>Dudley, Topper and Feuerzeig, LLP<br>1000 Frederiksberg Gade<br>P.O. Box 756<br>St. Thomas, VI 00804-0756 | Hancock Bank<br>Attn: Jerry M. Broughton<br>6312 Picadilly Square Dr., Suite 3<br>Mobile, AL 36609-5143 | Harris Bank<br>P.O. Box 6201<br>Carol Stream IL 60197-6201 |
| Heartsill Ragon<br>Gill Elrod Owen & Sherman, P.A.<br>425 W. Capitol Avenue, Suite 3801<br>Little Rock, AR 72201-3460 | Herrick Feinstein LLP<br>2 Park Avenue<br>New York, NY 10016-9302 | Hollis Logan<br>930 Cerro de la Paz<br>Santa Fe, NM 87501-2147 |
| Internal Revenue Service<br>Mail Code 5027 DAL<br>1100 Commerce St.<br>Dallas, TX 75242-1001 | Jen-Hsun Huang<br>c/o Christopher J. Muzzi<br>Moseley Biehl Tsugawa Lau & Muzzi LLLC<br>Aleakea Corporate Tower<br>1100 Alakea St., 23rd Floor<br>Honolulu, HI 96813-2826 | Jennifer L. Roselius<br>Hand Arendall<br>11 N. Water Street, Suite 30200<br>Mobile, AL 36602-3809 |
| John Meyer Consulting, P.C.<br>C0 Welby, Brady & Greenblatt, LLP<br>Attn: Thomas H. Welby<br>11 Martine Avenue<br>White Plains, NY 10606-1934 | Justin M. Stephens<br>Husch & Eppenberger<br>190 Carodelete Plaza, Suite 600<br>Clayton, MO 63105-3441 | Kourosh Dini, M.D.<br>30 North Michigan Avenue<br>Chicago, IL 60602-3402 |
| LaJolla Bank<br>390 West Valley Parkway<br>Escondido, CA 92025-2635 | Lance Gotthoffer-Panos Katsambas<br>Reed Smith LLP<br>599 Lexington Avenue, 22nd Floor<br>New York, NY 10022-6030 | Lori Huang<br>c/o Christopher J. Muzzi<br>Moseley Biehl Tsugawa Lau & Muzzi LLLC<br>Aleakea Corporate Tower<br>1100 Alakea St., 23rd Floor<br>Honolulu, HI 96813-2826 |
| Lowenstein Sandler<br>65 Livingston Avenue<br>Roseland, NJ 07068-1791 | M & T Bank<br>303 South Broadway, Suite 130<br>Tarrytown, NY 10591-5498 | Mahadeva, PLLC<br>445 Hamilton Avenue, Suite 1102<br>White Plains, NY 10601-1832 |
| Manufacturers and Traders Trust Company<br>101 South Salina St.<br>Syracuse, NY 13202-1301 | Manufacturers and Traders Trust Company<br>c/o Melvin & Melvin, PLLC<br>217 South Salina St., Ste. 700<br>Syracuse, NY 13202-1323 | Marks Paneth & Schron<br>622 Third Avenue<br>7th Floor<br>New York, NY 10017-6701 |
| Merrill Lynch<br>800 N. Michigan Homeowners Assoc.<br>800 North Michigan Avenue<br>Chicago, Il 60611-2105 | Merrill Lynch<br>Home Equity Service Center<br>P.O. Box 5443<br>Mt. Laurel, NJ 08054-5443 | Merrill Lynch<br>Mortgage Servce Center<br>P.O. Box 5459<br>Mt. Laurel, NJ 08054-5459 |
| Metropolitan National Bank<br>425 W. Capitol Avenue<br>Little Rock, AR 72201-3405 | Natalie Frank<br>1145 Sheridan Road<br>Evanston, IL 60202-1441 | Nick Dreher-Keith Yamada-Keoni Schulz<br>Cades Schutte, LLLP<br>1000 Bishop Street, Suite 1200<br>Honolulu, HI 96813-4298 |

| | | |
|---|---|---|
| Osborne, Helman, Kneel & Deleery<br>301 Congress Avenue, Suite 1910<br>Austin, TX 78701-2959 | Pahio Marketing, Inc.<br>3970 Wylie Road<br>Princeville, Kauai, HI 96722-5506 | Pahio Resorts<br>3970 Wyllie Road<br>Princeville, Kuai, HI 96722-5506 |
| Park Hyatt<br>75 Remittance Dr., Suite 1972<br>Chicago, IL 60675-1972 | Paul J. Ochmanek, Jr.<br>Levenfeld Pearlstein, LLC<br>2 North LaSalle Street, Suite 1300<br>Chicago, IL 60602-3709 | Pilot Pointe Development, LLC<br>3380 Hurricane Bay Drive<br>Theodore, AL 36582-5228 |
| Pilots Pointe Development, LLC<br>CO Lyndel Anne Mason<br>Cavazos Hendricks Poirot & Smitham, PC<br>900 Jackson St, Ste 570<br>Dallas, TX 75202-2413 | Puritan Finance Corp.<br>c/o Melissa Hayward<br>Franklin Skierski Lovall Hayward, LLP<br>10501 N. Central Expy., Ste. 106<br>Dallas, TX 75231-2203 | Puritan Finance Corporation<br>Attn: Lawrence Sherman<br>55 West Monroe Street<br>Chicago, IL 60603-5050 |
| Reed Smith LLP<br>10 South Wacker Dr., 40th Fl.<br>Chicago, IL 60606-7506 | Regions Bank<br>104 St. Francis Street<br>6th Floor Annex<br>ALMB60134M<br>Mobile, AL 36602-3422 | Richard A. Wright-Kirkland E. Reid<br>Jones, Walker, Waechter, Poitevent,<br>Carrere & Denegre, L.P.P.<br>254 State Street<br>Mobile, AL 36603-6474 |
| SPCP Group, LLC<br>CO McKool Smith, P.C.<br>600 Travis, Suite 7000<br>Houston, TX 77002-3018 | SPCP Group, LLC<br>Two Greenwich Plaza, 1st Floor<br>Greenwich, CT 06830-6353 | Scott E. Jensen<br>Murry, Jensen & Wilson, Ltd.<br>101 N. Wacker Dr., Suite 101<br>Chicago, IL 60606-1714 |
| Scott K. McDonald<br>Prager, Metzger & Kroemer PLLC<br>2625 Cold Avenue, Suite 900<br>Dallas, TX 75204 | Sovereign Bank<br>P.O. Box 13098<br>Reading, PA 19612-3098 | Stetler & Duffy, Ltd.<br>11 South LaSalle Street, Suite 1200<br>Chicago, IL 60603-1208 |
| Straggas & Associates<br>5000 Birch Street, Suite 420<br>Newport, CA 92660-8127 | Stutman, Treister & Glatt<br>1901 Avenue of the Stars<br>12th Floor<br>Los Angeles, CA 90067-6001 | System Parking<br>111 East Wacker Dr., Suite 1407<br>Chicago, IL 60601-4501 |
| Tishler & Wald<br>200 South Wacker Dr., Suite 300<br>Chicago, IL 60606-5845 | Torshen, Slobig, Genden et al<br>105 West Adams St., Ste. 3200<br>Chicago, IL 60603-6209 | Torshen, Slobig, Genden, Dragutinovich & Ale<br>105 West Adams Street<br>Suite 3200<br>Chicago, IL 60603-6209 |
| VW Credit, Inc.<br>P.O. Box 829009<br>Dallas, TX 75382-9009 | Vicky Gunning<br>Locke Liddell & Sapp LLP<br>2200 Ross Avenue, Suite 2200<br>Dallas, TX 75201-6776 | William J. Harte, Ltd.<br>111 West Washington Street<br>Sutie 1100<br>Chicago, IL 60602-2703 |
| William J. Serrietalla-Jillian S. Cole<br>Aronberg Goldgehn Davis & Garmisa<br>330 N. Wabash Avenue, Suite 1700<br>Chicago, IL 60611-7765 | Gerrit M. Pronske<br>Pronske & Patel, P.C.<br>2200 Ross Avenue<br>Suite 5350<br>Dallas, TX 75201-7903 | Jen-Hsun Huang |

| | | |
|---|---|---|
| Lori Huang | Melanie Pearce Goolsby<br>Pronske & Patel, P.C.<br>2200 Ross Avenue, Suite 5350<br>Dallas, TX 75201-7903 | Peter R. Morris<br>2728 McKinnon Dr., No. 1011<br>Dallas, TX 75201-1641 |

UST U.S. Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-1011

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Benowich Law, LLP | (u)Manufacturers and Traders Trust Company | (u)Puritan Finance Corp. |
| (u)VW Credit, Inc. | (u)Bar Pilot Land, LLC | (u)Dallas County |
| (u)PHH Mortgage Corporation | (u)Pilots Pointe Development, LLC | (u)SPCP Group, LLC |

End of Label Matrix
Mailable recipients   93
Bypassed recipients    9
Total                102