George H. Barber (State Bar No. 01705650)
John J. Kane (State Bar No. 24066794)
**KANE RUSSELL COLEMAN & LOGAN PC**
3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier -  (214) 777-4299
Email: ecf@krcl.com

**ATTORNEYS FOR BRIDGE FUNDING, INC. AND BFI CAPITAL, LLC**

THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| PETER R. MORRIS, | § | Case No.10-30240-HDH-11 |
| | § | |
| Debtor. | § | |
| | § | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Please take notice that George H. Barber, John J. Kane and the law firm of Kane Russell Coleman & Logan PC, hereby enter an appearance as counsel of record in the above-captioned case for Bridge Funding, Inc. ("Bridge") and BFI Capital, LLC ("BFI" and together with Bridge the "Creditors"), and hereby request that all notices given or required to be given in this case and any cases consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given to and served upon:

> George H. Barber
> John J. Kane
> Kane Russell Coleman & Logan PC
> 3700 Thanksgiving Tower
> 1601 Elm Street
> Dallas, Texas 75201
> (214) 777-4200 – Telephone
> (214) 777-4299 – Telecopier
> ecf@krcl.com - Email

This request encompasses all notices, copies and pleadings referred to or contemplated in the Bankruptcy Code and Bankruptcy Rules, including without limitation, notices of any orders, motions, demands, complaints, plans, disclosure statements, petitions, pleadings, requests, applications and any other documents brought before the Court in this case, and any hearings, trials or proceedings related thereto, which affect or otherwise relate to the above case or Creditors.

Please take notice that the undersigned intends that neither this appearance and request for copies nor any later appearance, pleading, claim, or suit shall waive: (i) the right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) the right to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) the right to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Creditors is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditors expressly reserve.

Dated: March 18, 2010            Respectfully submitted,

**KANE RUSSELL COLEMAN & LOGAN PC**

By: */s/George H. Barber*
    George H. Barber
    State Bar No. 01705650
    John J. Kane
    State Bar No. 24066794

3700 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Telephone - (214) 777-4200
Telecopier - (214) 777-4299
Email: ecf@krcl.com

**ATTORNEYS FOR BRIDGE FUNDING, INC.
AND BFI CAPITAL, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Entry of Appearance and Request for Copies* has been served via the Court's ECF system on this 18th day of March, 2010.

                                                   */s/George H. Barber*
                                                   George H. Barber