J. Mark Chevallier
State Bar No. 04189170
James G. Rea
State Bar No. 24051234
McGUIRE, CRADDOCK & STROTHER, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
(214) 954-6807 - Telephone
(214) 954-6850 – Telecopier
Email: mchevallier@mcslaw.com
Email: jrea@mcslaw.com
ATTORNEYS FOR DEBTOR AND DEBTOR-IN-POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | CASE NO. 10-30240-HDH-11 |
| | § | |
| PETER R. MORRIS, | § | CHAPTER 11 |
| | § | |
| Debtor. | § | Hearing: July 7, 2010 @ 1:45 p.m. |

**DEBTOR'S EXHIBIT AND WITNESS LISTS IN CONNECTION WITH SPCP GROUP, LLC'S OBJECTION TO DEBTOR'S EXEMPTIONS AND DEBTOR'S MOTION AND AMENDED MOTION TO EXTEND EXCLUSIVE TIME TO FILE AND CONFIRM DEBTOR'S PLAN OF REORGANIZATION**
[Refers to Docket Nos. 34, 63, 112, 116]

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Pursuant to Local Rule 9014.1(c), the Debtor designates the following exhibits on which he may rely in connection with the hearings on SPCP Group, LLC's Objection to Debtor's Exemptions and the Debtor's Motion for Extension of Exclusivity.

I.     List of Exhibits

1.     Debtor's Schedules and Statement of Financial Affairs as amended.

2.     The Debtor may ask the Court to take judicial notice of pleadings filed in this case and in Case Nos. 09-31416-HDH-11; 09-31436-HDH-11; 09-37580-HDH-11; 09-037581-HDH-11; 10-30241-HDH-11; 10-30252-HDH-11; 10-30475-HDH-11; 10-30986-HDH-11; 10-30987-SGJ-11; 10-30988-HDH-11.

II.  Witnesses

The Debtor reserves the right to supplement the list of exhibits and witnesses prior to the hearing and to call any witness listed by any other party, and to rely on any exhibit identified by any other party.

Dated this 1st day of July, 2010.

Respectfully Submitted,

MCGUIRE, CRADDOCK & STROTHER, P.C.

By: /s/J. Mark Chevallier    (07/01/10)
**J. Mark Chevallier**
State Bar No. 04189170
**James G. Rea**
State Bar No. 24051234
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile: (214) 954-6850
Email: mchevallier@mcslaw.com
Email: jrea@mcslaw.com
**ATTORNEYS FOR THE DEBTOR AND DEBTOR-IN-POSSESSION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this the 1st day of July, 2010, a true and correct copy of the above and foregoing Witness and Exhibit List of Peter R. Morris was served by electronic mail or first class mail on the following parties:

Hugh M. Ray, III
Ruth Van Meter
McKool Smith, P.C.
600 Travis, Suite 7000
Houston, Texas  77002
*Via email:  rvanmeter@McKoolSmith.com*
*Via email: hmray@McKoolSmith.com*

/s/ J. Mark Chevallier    (07/01/10)
**J. Mark Chevallier**