B6C (Official Form 6C) (4/10)

In re   Peter R. Morris                                                                          Case No.   10-30240-hdh-11
                                                    Debtor                                                              (If known)

# AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                           $146,450.*

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 2007 Audi S8 VIN #WAUPN44E27N008964 | 11 USC § 522(d)(2) | 0.00 | 35,000.00 |
| 800 North Michigan Avenue, Chicago, IL 60611, Condominium Unit 3703 | 11 USC § 522(d)(1) | 10,925.00 | 1,349,000.00 |
| Books, pictures, antiques, etc., See Exhibit B | 11 USC § 522(d)(5) | 7,900.00 | 490,590.00✱ |
|  | 11 USC § 522(d)(3) | 2,606.68 | |
| Household goods and furnishings See Exhibit A | 11 USC § 522(d)(3) | 5,615.00 | 5,615.00 |
| Jewelry: Patek Philippe Watch | 11 USC § 522(d)(4) | 1,450.00 | 10,000.00 |
| Personal Clothing | 11 USC § 522(d)(3) | 2,000.00 | 2,000.00 |
| Valkyria Property Furnishings See Exhibit A | 11 USC § 522(d)(5) | 3,950.00 | Unknown |
|  | 11 USC § 522(d)(3) | 1,303.34 | |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

✱(Value: 2004 and 2007 Appraisals are the most recent appraisals obtained pre-petition to bankruptcy filing, current value amounts may be more or less)

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
## Northern District of Texas
## Dallas Division

In re **Peter R. Morris**                                                      ,            Case No.   **10-30240-hdh-11**
                                    Debtor
                                                                                             Chapter    **11**

# AMENDED - SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | 0 | $  1.349.000.00 | | |
| B - Personal Property | NO | 0 | $   543.205.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | NO | 0 | | $   0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | 0 | | $   0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | NO | 0 | | $   0.00 | |
| G - Executory Contracts and Unexpired Leases | NO | 0 | | | |
| H - Codebtors | NO | 0 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $   0.00 |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $   0.00 |
| TOTAL | | 1 | $  1,892,205.00 | $   0.00 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **Peter R. Morris**                                                Case No.  **10-30240-hdh-11**
                        **Debtor**                                                                       (If known)

# AMENDED - DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of          **3**
sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **7/6/2010**                                        Signature:  **s/ Peter R. Morris**
                                                                                **Peter R. Morris**
                                                                                                         Debtor

[If joint case, both spouses must sign]

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

_Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571._