U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

*/s/ Harlin DeWayne Hale*
**United States Bankruptcy Judge**

Signed July 08, 2010

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-30240-HDH-11 |
| | § | |
| PETER R. MORRIS, | § | CHAPTER 11 |
| | § | |
| DEBTOR. | § | |

**ORDER GRANTING AMENDED MOTION TO EXTEND
EXCLUSIVE TIME TO FILE AND CONFIRM
<u>DEBTOR'S PLAN OF REORGANIZATION</u>**

CAME ON FOR HEARING Peter R. Morris (the "Debtor")'s Amended Motion to Extend Exclusive Time to File and Confirm Debtor's Plan of Reorganization (the "Motion"). The Court, after considering the Motion the objection filed by SPCP Group, LLC and the evidence and arguments of counsel, determines that, for the reasons stated orally into the record at the conclusion of the hearing that sufficient cause is shown for the Motion to be granted. It is, therefore,

ORDERED that the Motion is GRANTED; it is further

ORDERED that the Debtor's exclusive right to file a Plan and Disclosure Statement in the case is extended to August 4, 2010, and the Debtor's deadline to solicit acceptance and obtain confirmation of any such Plan is extended to October 4, 2010.

# # # END OF ORDER # # #

PREPARED BY:

J. Mark Chevallier
McGuire, Craddock & Strother, P.C.
2501 N. Harwood, Suite 1800
Dallas, Texas 75201
Telephone: (214) 954-6800
Facsimile: (214) 954-6850
Email: mchevallier@mcslaw.com
**COUNSEL FOR THE DEBTOR and
DEBTOR-IN-POSSESSION**