| CASE NAME: | PETER R. MORRIS |
|---|---|
| CASE NUMBER: | 10-30240-HDH-11 |
| JUDGE: | HALE |

Cash Basis Signature Page
Monthly Operating Report
CASH BASIS

9/20/2010 11:40 AM

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF TEXAS

### DIVISION 6
### MONTHLY OPERATING REPORT

MONTH ENDING:    AUGUST 31, 2010

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY): IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY

Self
TITLE

PETER R. MORRIS
PRINTED NAME OF RESPONSIBLE PARTY

9/20/2010
DATE

PREPARER:

_____
ORIGINAL SIGNATURE OF PREPARER

Assistant Controller
of PRM Realty Group LLC
TITLE

ROBERT SCHULZ
PRINTED NAME OF PREPARER

9/20/2010
DATE

| CASE NAME: | PETER R. MORRIS | | | MOR for Cash Basis, Form 1 Monthly Operating Report |
|---|---|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | | | CASH BASIS-1 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH MAY, 2010 | MONTH JUN, 2010 | MONTH JUL, 2010 | MONTH AUG, 2010 |
|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | 15,300.78 | 7,220.58 | 486,544.37 | 196,529.59 |
| RECEIPTS | | | | |
| 2. CASH SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | 50,000.00 | 48,000.00 | 17,571.37 | 8,000.00 |
| 4. LOANS & ADVANCES | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. SALE OF ASSETS | 0.00 | 490,000.00 | 0.00 | 0.00 |
| 6. LEASE & RENTAL INCOME | 2,000.00 | 0.00 | 3,000.00 | 500.00 |
| 7. WAGES | 0.00 | 0.00 | 0.00 | 0.00 |
| 8. OTHER (ATTACH LIST) | 38,040.90 | 17,567.28 | 19,748.10 | 47,000.00 |
| 9. TOTAL RECEIPTS | 90,040.90 | 555,567.28 | 40,319.47 | 55,500.00 |
| DISBURSEMENTS | | | | |
| 10. NET PAYROLL | 0.00 | 0.00 | 0.00 | 0.00 |
| 11. PAYROLL TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. SALES, USE & OTHER TAXES PAID | 0.00 | 0.00 | 0.00 | 0.00 |
| 13. INVENTORY PURCHASES | 0.00 | 0.00 | 0.00 | 0.00 |
| 14. MORTGAGE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 15. OTHER SECURED NOTE PAYMENTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 16. RENTAL & LEASE PAYMENTS | 6,832.50 | 16,756.63 | 6,603.96 | 4,613.78 |
| 17. UTILITIES | 617.24 | 705.90 | 291.61 | 0.00 |
| 18. INSURANCE | 0.00 | 0.00 | 4,041.83 | 0.00 |
| 19. VEHICLE EXPENSES | 0.00 | 37,571.37 | 38.00 | 0.00 |
| 20. TRAVEL | 4,407.50 | 4,587.65 | 10,860.67 | 5,677.94 |
| 21. ENTERTAINMENT | 270.06 | 0.00 | 0.00 | 0.00 |
| 22. REPAIRS & MAINTENANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 23. SUPPLIES | 0.00 | 103.79 | 0.00 | 0.00 |
| 24. ADVERTISING | 0.00 | 0.00 | 0.00 | 0.00 |
| 25. HOUSEHOLD EXPENSES | 0.00 | 722.00 | 5,800.00 | 77.41 |
| 26. CHARITABLE CONTRIBUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 27. GIFTS | 0.00 | 450.00 | 0.00 | 0.00 |
| 28. OTHER (ATTACH LIST) | 44,368.80 | 15,346.15 | 300,747.46 | 123,448.40 |
| 29. TOTAL ORDINARY DISBURSEMENTS | 56,496.10 | 76,243.49 | 328,383.53 | 133,817.53 |
| REORGANIZATION EXPENSES | | | | |
| 30. PROFESSIONAL FEES | 40,000.00 | 0.00 | 0.00 | 0.00 |
| 31. U.S. TRUSTEE FEES | 1,625.00 | 0.00 | 1,950.72 | 0.00 |
| 32. OTHER (ATTACH LIST) | 0.00 | 0.00 | 0.00 | 0.00 |
| 33. TOTAL REORGANIZATION EXPENSE | 41,625.00 | 0.00 | 1,950.72 | 0.00 |
| 34. TOTAL DISBURSEMENTS | 98,121.10 | 76,243.49 | 330,334.25 | 133,817.53 |
| 35. NET CASH FLOW | (8,080.20) | 479,323.79 | (290,014.78) | (78,317.53) |
| 36. CASH - END OF MONTH | 7,220.58 | 486,544.37 | 196,529.59 | 118,212.06 |

| CASE NAME: | | | MOR for Cash Basis, Form 1A |
|---|---|---|---|
| | PETER R. MORRIS | | Monthly Operating Report |
| CASE NUMBER: | | | CASH BASIS-1A |
| | 10-30240-HDH-11 | | |

MONTH:    AUGUST  2010

### CASH DISBURSEMENTS DETAIL (ATTACH ADDITIONAL SHEETS IF NECESSARY)

#### CASH DISBURSEMENTS

| DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|
| 8/28/2010 | PETER MORRIS | CASH & ATM FEES | 102.75 |
| 8/5/2010 | LISSETTE MARTINEZ | CASH FOR PETER MORRIS | 1,800.00 |
| 8/16/2010 | LISSETTE MARTINEZ | CASH FOR PETER MORRIS | 200.00 |
| | | | |
| | | | |
| | **TOTAL CASH DISBURSEMENTS** | | **2,102.75** |

#### BANK ACCOUNT DISBURSEMENTS

| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| DM | 2/28/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| DM | 3/31/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| DM | 4/30/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| DM | 5/31/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| DM | 6/30/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| DM | 7/31/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| DM | 8/31/2010 | DWS INVESTMENTS | MIN BALANCE CHARGE | 3.00 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | REBILL TRAVEL FAT TURTLE | 25.00 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | REBILL TRAVEL FAT TURTLE | 108.22 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | REBILL TRAVEL FAT TURTLE | 147.14 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | REBILL TRAVEL FAT TURTLE | 102.00 |
| 1046 | 8/25/2010 | YOLANDA SALAZAR | TEMPORARY EMPLOYEE | 100.00 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | PARKING | 25.00 |
| wire | 8/4/2010 | THE GLASS HOUSE | RENT - DALLAS APT | 1,213.78 |
| 10431 | 8/1/2010 | VIJU PATEL | RENT - CHICAGO APT | 3,400.00 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | PERSONAL EXPENSES | 633.97 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | AIRFARE | 220.20 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | AIRFARE | 220.20 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | AIRFARE | 263.70 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | AIRFARE | 275.19 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | AIRFARE | 338.70 |
| wire | 8/5/2010 | LISSETTE MARTINEZ | AIRFARE | 431.40 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | AIRFARE | 115.07 |
| wire | 8/25/2010 | LISSETTE MARTINEZ | AIRFARE | 223.63 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | LODGING | 193.10 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | PARKING - TRAVEL | 50.00 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | PARKING - TRAVEL | 29.00 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | PARKING - DAILY | 15.00 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | PARKING - DAILY | 5.00 |
| wire | 8/16/2010 | LISSETTE MARTINEZ | BANK FEES/CHARGES | 16.00 |
| DM | 8/31/2010 | BANK OF TEXAS | BANK FEES/CHARGES | 84.00 |
| | | | | |
| | | | | |
| | | **DISBURSEMENTS (PAGE 2-3)    CONTINUED** | | 123,458.48 |
| | | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | **131,714.78** |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | **133,817.53** |
|---|---|

| CASE NAME: | PETER R. MORRIS | | MOR for Cash Basis, Form 1A Monthly Operating Report |
|---|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | | CASH BASIS-1A (PAGE 2-3) |
| | | | MONTH: AUGUST 2010 |

| BANK ACCOUNT DISBURSEMENTS    CONTINUED | | | |
|---|---|---|---|
| CHECK NUMBER | DATE | PAYEE | PURPOSE | AMOUNT |
| wire | 8/23/2010 | PETER MORRIS FRANK SUPPORT OBLI | SUPPORT | 30,000.00 |
| Debit | 8/1/2010 | ARCHWAY OIL INC | GAS FOR CAR | 40.02 |
| Debit | 8/1/2010 | NINE | MEALS | 115.96 |
| Debit | 8/1/2010 | WHOLE FOODS MARKET | PERSONAL GROCERIES | 59.33 |
| Debit | 8/3/2010 | NINE | MEALS | 139.92 |
| Debit | 8/3/2010 | PIPERS ALLEY | PERSONAL EXPENSE | 13.00 |
| Debit | 8/3/2010 | SHAW'S SCHAUMBURG | MEALS | 54.37 |
| Debit | 8/5/2010 | COCO PAZZO | MEALS | 139.89 |
| Debit | 8/5/2010 | SOUTHWEST AIRLINES | CHICAGO TO ALBURQUERQUE | 10.00 |
| Debit | 8/5/2010 | SOUTHWEST AIRLINES | CHICAGO TO ALBURQUERQUE | 10.00 |
| Debit | 8/5/2010 | SOUTHWEST AIRLINES | CHICAGO TO ALBURQUERQUE | 252.70 |
| Debit | 8/5/2010 | SOUTHWEST AIRLINES | CHICAGO TO ALBURQUERQUE | 252.70 |
| Debit | 8/5/2010 | UNION TYSEN THEATRE TICK | PERSONAL THEATRE TICKETS | 330.00 |
| Debit | 8/6/2010 | CHICAGO PARKING METERS | PARKING | 5.00 |
| Debit | 8/6/2010 | CHICAGO PARKING METERS | PARKING | 3.00 |
| Debit | 8/6/2010 | CHICAGO PARKING METERS | PARKING | 1.65 |
| Debit | 8/7/2010 | AMERICAN AIRLINES | SAN FRANCISCO TO CHICAGO | 86.50 |
| Debit | 8/7/2010 | NINE | MEALS | 69.68 |
| Debit | 8/8/2010 | POLO RALPH LAUREN | MEALS | 135.30 |
| Debit | 8/9/2010 | POLO RALPH LAUREN | MEALS | 70.58 |
| Debit | 8/11/2010 | CHICAGO PARKING METERS | PARKING | 2.50 |
| Debit | 8/12/2010 | CTYCHGO PARKING TICKET | PARKING TICKET | 122.00 |
| Debit | 8/12/2010 | THE LIBERTY HOTEL F/B | LODGING- PETER MEDICAL | 16.00 |
| Debit | 8/13/2010 | MANSOOR, INC | BOOKS | 25.00 |
| Debit | 8/13/2010 | THE LIBERTY HOTEL | LODGING- PETER MEDICAL | 962.13 |
| Debit | 8/13/2010 | THE LIBERTY HOTEL | LODGING- PETER MEDICAL | 80.43 |
| Debit | 8/14/2010 | SANTA FE BAR & GRI | MEALS | 68.35 |
| Debit | 8/15/2010 | PRICELINE.COM | LODGING- JOEY & PETER | 541.71 |
| Debit | 8/15/2010 | PRICELINE.COM | LODGING- JOEY & PETER | 186.60 |
| Debit | 8/16/2010 | WALGREENS | PERSONAL PRESCRIPTIONS | 77.41 |
| Debit | 8/18/2010 | AMERICAN AIRLINES | SAN FRANCISCO TO CHICAGO | 8.98 |
| Debit | 8/18/2010 | AMERICAN AIRLINES | SAN FRANCISCO TO CHICAGO | 2.00 |
| Debit | 8/19/2010 | MOMED | MEALS | 65.99 |
| Debit | 8/19/2010 | NOBU | MEALS WITH FAMILY | 321.35 |
| Debit | 8/20/2010 | AMERICAN AIRLINES | SAN FRANCISCO TO CHICAGO | 150.00 |
| Debit | 8/20/2010 | AMERICAN AIRLINES | CHICAGO TO DALLAS | 372.70 |
| Debit | 8/20/2010 | MAGGIANO'S | MEALS | 45.62 |
| Debit | 8/21/2010 | ARCHWAY OIL INC | GAS FOR CAR | 51.00 |
| Debit | 8/21/2010 | MONDRIAN HOTEL | LODGING- JOEY & PETER | 95.46 |
| Debit | 8/21/2010 | MONDRIAN HOTEL | LODGING- JOEY & PETER | 80.89 |
| Debit | 8/22/2010 | NINE | MEALS | 145.32 |
| Debit | 8/22/2010 | VIE RESTAURANT | MEALS | 159.00 |
| Debit | 8/23/2010 | CHICAGO PARKING METERS | PARKING | 2.50 |
| Debit | 8/23/2010 | HUDSON NEWS | PERSONAL BOOKS | 46.03 |
| Debit | 8/23/2010 | TRUEFITT & HILL | PERSONAL GROOMING | 55.00 |

| | | | | |
|---|---|---|---|---|
| Debit | 8/23/2010 | WESTCHESTER CITGO | CAR GAS | 37.08 |
| Debit | 8/23/2010 | WESTIN ST. FRANCIS | LODGING | 120.87 |
| Debit | 8/26/2010 | ARCODORO & POMODORO AT T | BUSINESS MEETING | 153.94 |
| Debit | 8/26/2010 | MAGGIANO'S | MEALS | 109.76 |
| Debit | 8/27/2010 | CHICAGO PARKING METERS | PARKING | 5.00 |
| Debit | 8/27/2010 | NINE | MEALS | 42.63 |
| Debit | 8/27/2010 | PRIMEHOUSE RESTAURANT | MEALS | 133.22 |
| Debit | 8/28/2010 | CHICAGO PARKING METERS | PARKING | 5.00 |
| Debit | 8/28/2010 | MORTON'S OF CHICAGO | MEALS | 168.86 |
| Debit | 8/29/2010 | MORTONS OF WACKER PLACE | MEALS | 111.07 |
| Debit | 8/30/2010 | 7-ELEVEN | PERSONAL EXPENSE | 28.09 |
| Debit | 8/30/2010 | CVS | PERSONAL HOUSEHOLD EXPEN | 30.85 |
| Debit | 8/31/2010 | COCO PAZZO | MEALS | 47.63 |
| Debit | 8/31/2010 | ICE | BANK FEES | 28.15 |
| | | | | |
| wire | 8/3/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 10,000.00 |
| wire | 8/4/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 8,000.00 |
| wire | 8/10/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 16,000.00 |
| wire | 8/10/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 3,800.00 |
| wire | 8/12/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 5,000.00 |
| wire | 8/17/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 8,000.00 |
| wire | 8/20/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 5,000.00 |
| wire | 8/23/2010 | PRM REALTY GROUP LLC | TRANSFER / SUPPORT | 22,000.00 |
| EOM | 8/31/2010 | PRM REALTY GROUP LLC | INSIDER PAYMENTS / SUPPORT | 9,162.76 |
| | | | | |
| | | **DISBURSEMENTS (PAGE 2-3)** | | 123,458.48 |

| CASE NAME: PETER R. MORRIS | | | | MOR for Cash Basis, Form 2 Monthly Operating Report |
|---|---|---|---|---|
| CASE NUMBER: 10-30240-HDH-11 | | | | CASH BASIS-2 |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well us all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH:    AUGUST 2010

| BANK RECONCILIATIONS | | Account #1 | Account #2 | Account #3 | |
|---|---|---|---|---|---|
| A. | BANK: | Bank of Texas | Harris | ICE (pre-paid) | TOTAL |
| B. | ACCOUNT NUMBER: | 8093123989 | 4803367264 & 360 | ~ 7956 | |
| C. | PURPOSE <TYPE>: | Checking DIP | Checking | Debit Card | |
| 1. | BALANCE PER BANK STATEMENT | 82,317.35 | (258.09) | 3,582.61 | 85,641.87 |
| 2. | ADD- TOTAL DEPOSITS NOT CREDITED | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. | OTHER RECONCILING ITEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. | MONTH END BALANCE PER BOOKS | 82,317.35 | (258.09) | 3,582.61 | 85,641.87 |
| 6. | NUMBER OF LAST CHECK WRITTEN | # 1046 | # 2140 | N/A | |

| INVESTMENT ACCOUNTS | | | | | |
|---|---|---|---|---|---|
| BANK. ACCOUNT NAME & NUMBER | | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | TOTAL INVESTMENTS | | | | 0.00 |

| CASH | | | |
|---|---|---|---|
| 12. | CURRENCY ON HAND | | 0.00 |
| 13. | TOTAL CASH (PAGE 1) - END OF MONTH (SEE PAGE 2) | | 85,641.87 |

| CASE NAME: | PETER R. MORRIS | | | MOR for Cash Basis, Form 2 Monthly Operating Report |
|---|---|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | | | CASH BASIS-2    (PAGE 2) |

The debtor in possession must complete the reconciliation below for each bank account, including all general, payroll and tax accounts, as well us all savings and investment accounts, money market accounts, certificates of deposit, government obligations, etc. Accounts with restricted funds should be identified by placing an asterisk next to the account number. Attach additional sheets if necessary.

MONTH:    AUGUST  2010

| BANK RECONCILIATIONS | | Account #4 | Account #5 | Account #6 | |
|---|---|---|---|---|---|
| A. | BANK: | Bank of America | Highland Bank | Bank of Texas | TOTAL |
| B. | ACCOUNT NUMBER: | 385007576508 | 97741 | 8093499804 | |
| C. | PURPOSE <TYPE>: | Checking-closed | COD-siezed | Checking DIP | |
| 1. | BALANCE PER BANK STATEMENT | (124.00) | 0.00 | 30,000.00 | 29,876.00 |
| 2. | ADD- TOTAL DEPOSITS NOT CREDITED | 0.00 | | | 0.00 |
| 3. | SUBTRACT: OUTSTANDING CHECKS | 0.00 | | | 0.00 |
| 4. | OTHER RECONCILING ITEMS | 0.00 | | | 0.00 |
| 5. | MONTH END BALANCE PER BOOKS | (124.00) | - | 30,000.00 | 29,876.00 |
| 6. | NUMBER OF LAST CHECK WRITTEN | # ----- | | # ----- | |

| INVESTMENT ACCOUNTS | | | | |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
| 7. DWS Investments, Peter Morris, #1124961 | n/a | Money Mkt | 483.15 | 483.15 |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11.    TOTAL INVESTMENTS | | | | 483.15 |

| CASH | | |
|---|---|---|
| 12. | CURRENCY ON HAND | 0.00 |
| 13. | TOTAL CASH (PAGE 2) - END OF MONTH (SEE BELOW) | 30,359.15 |

"13." TOTAL FROM PAGE CASH BASIS-2 (PAGE 1)    85,641.87

TOTAL CASH - END OF MONTH    116,001.02

| CASE NAME: PETER R. MORRIS | | | | MOR for Cash Basis, Form 3 Monthly Operating Report |
|---|---|---|---|---|
| CASE NUMBER: 10-30240-HDH-11 | | | | CASH BASIS-3 |

| ASSETS OF THE ESTATE | | | | |
|---|---|---|---|---|
| SCHEDULE "A" REAL PROPERTY | SCHEDULE AMOUNT (*) | MONTH JUN, 2010 | MONTH JUL, 2010 | MONTH AUG, 2010 |
| 1. 800 N Michigan #3703, Chicago IL 60610 | 1,349,000.00 | 1,349,000.00 | 1,349,000.00 | 1,349,000.00 |
| 2. 10 & 22 & 23 Valkyria, Cold Spring NY 10156 | 18,000,000.00 | 18,000,000.00 | 18,000,000.00 | 18,000,000.00 |
| 3. 600 W Stratford, Chicago, IL 60611 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 | 2,000,000.00 |
| 4. 4970 Pepelani Loop, Unit 310, Princeville, Kauai, HI | 129,000.00 | 129,000.00 | 129,000.00 | 129,000.00 |
| 5. TOTAL REAL PROPERTY ASSETS | 21,478,000.00 | 21,478,000.00 | 21,478,000.00 | 21,478,000.00 |
| SCHEDULE "B" PERSONAL PROPERTY | | | | |
| 1. CASH ON HAND | | 0.00 | 0.00 | 0.00 |
| 2. CHECKING, SAVINGS, ETC. | 443,458.97 | 486,338.89 | 196,103.76 | 116,001.02 |
| 3. SECURITY DEPOSITS | 250.00 | 250.00 | 250.00 | 250.00 |
| 4. HOUSEHOLD GOODS | 5,615.00 | 5,615.00 | 5,615.00 | 5,615.00 |
| 5. BOOKS, PICTURES, ART | 0.00 | 0.00 | 0.00 | 0.00 |
| 6. WEARING APPAREL | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 |
| 7. FURS AND JEWELRY | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 |
| 8. FIREARMS & SPORTS EQUIPMENT | | 0.00 | 0.00 | 0.00 |
| 9. INSURANCE POLICIES | | 0.00 | 0.00 | 0.00 |
| 10. ANNUITIES | | 0.00 | 0.00 | 0.00 |
| 11. RETIREMENT & PROFIT SHARING | | 0.00 | 0.00 | 0.00 |
| 12. STOCKS | | 0.00 | 0.00 | 0.00 |
| 13. PARTNERSHIPS & JOINT VENTURES | | 0.00 | 0.00 | 0.00 |
| 14. GOVERNMENT & CORPORATE BONDS | | 0.00 | 0.00 | 0.00 |
| 15. ACCOUNTS RECEIVABLE | 5,585,794.89 | 5,487,794.89 | 5,708,192.05 | 5,787,154.81 |
| 16. ALIMONY | | 0.00 | 0.00 | 0.00 |
| 17. OTHER LIQUIDATED DEBTS | | 0.00 | 0.00 | 0.00 |
| 18. EQUITABLE INTERESTS | | 0.00 | 0.00 | 0.00 |
| 19. CONTINGENT INTERESTS | | 0.00 | 0.00 | 0.00 |
| 20. OTHER CLAIMS | | 0.00 | 0.00 | 0.00 |
| 21. PATENTS & COPYRIGHTS | | 0.00 | 0.00 | 0.00 |
| 22. LICENSES & FRANCHISES | | 0.00 | 0.00 | 0.00 |
| 23. AUTOS, TRUCKS & OTHER VEHICLES | 160,000.00 | 37,823.37 | 37,823.37 | 37,823.37 |
| 24. BOATS & MOTORS | | 0.00 | 0.00 | 0.00 |
| 25. AIRCRAFT | | 0.00 | 0.00 | 0.00 |
| 26. OFFICE EQUIPMENT | | 0.00 | 0.00 | 0.00 |
| 27. MACHINERY, FIXTURES & EQUIPMENT | | 0.00 | 0.00 | 0.00 |
| 28. INVENTORY | | 0.00 | 0.00 | 0.00 |
| 29. ANIMALS | | 0.00 | 0.00 | 0.00 |
| 30. CROPS | | 0.00 | 0.00 | 0.00 |
| 31. FARMING EQUIPMENT | | 0.00 | 0.00 | 0.00 |
| 32. FARM SUPPLIES | | 0.00 | 0.00 | 0.00 |
| 33. OTHER (ATTACH LIST) | | 0.00 | 0.00 | 0.00 |
| 34. TOTAL PERSONAL PROPERTY ASSETS | 6,207,118.86 | 6,029,822.15 | 5,959,984.18 | 5,958,844.20 |
| 35. TOTAL ASSETS | 27,685,118.86 | 27,507,822.15 | 27,437,984.18 | 27,436,844.20 |

(*) The debtor is in the process of amending schedules in order to accurately reflect the values as of the petition date.

- DATE AMENDED _____

| CASE NAME: PETER R. MORRIS | | | MOR for Cash Basis, Form 4 Monthly Operating Report |
|---|---|---|---|
| CASE NUMBER: 10-30240-HDH-11 | | | CASH BASIS-4 |
| | | | MONTH: AUGUST 2010 |

**LIABILITIES OF THE ESTATE**

| | PREPETITION LIABILITIES | SCHEDULE AMOUNT (*) | PAYMENTS |
|---|---|---|---|
| 1. | SECURED | 60,375,186.70 | 0.00 |
| 2. | PRIORITY | 984,125.79 | 0.00 |
| 3. | UNSECURED | 149,211,805.41 | 0.00 |
| 4. | OTHER (ATTACH LIST) | | |
| 5. | TOTAL PREPETITION LIABILITIES | 210,571,117.90 | 0.00 |

| | POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST-DUE |
|---|---|---|---|---|---|
| 1. | FEDERAL INCOME TAXES | | | | |
| 2. | FICA / MEDICARE | | | | |
| 3. | STATE TAXES | | | | |
| 4. | REAL ESTATE TAXES | | | | |
| 5. | OTHER TAXES (ATTACH LIST) | | | | |
| 6. | TOTAL TAXES | | 0.00 | | 0.00 |
| OTHER POSTPETITION LIABILITIES, INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | | |
| 7. | Hollis Logan | 2/1/2010 | 5,000.00 | 2/1/2010 | 5,000.00 |
| 8. | Hollis Logan | 3/1/2010 | 5,000.00 | 3/1/2010 | 5,000.00 |
| 9. | Hollis Logan | 4/1/2010 | 5,000.00 | 4/1/2010 | 5,000.00 |
| 10. | Hollis Logan | 5/1/2010 | 5,000.00 | 5/1/2010 | 5,000.00 |
| 11. | Hollis Logan | 6/1/2010 | 5,000.00 | 6/1/2010 | 5,000.00 |
| 12. | Hollis Logan | 7/1/2010 | 5,000.00 | 7/1/2010 | 5,000.00 |
| 13. | Hollis Logan | 8/1/2010 | 5,000.00 | 8/1/2010 | 5,000.00 |
| 14. | Natalie Frank | 8/1/2010 | 30,000.00 | 8/1/2010 | 30,000.00 |
| 15. | Advanced Messenger Service | 8/1/2010 | 121.65 | 8/1/2010 | 121.65 |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |
| 21. | | | | | |
| 22. | | | | | |
| 23. | | | | | |
| 24. | | | | | |
| 25. | | | | | |
| 26. | | | | | |
| 27. | | | | | |
| 28. | | | | | |
| 29. | (IF ADDITIONAL ATTACH LIST) | | | | 0.00 |
| 30. | TOTAL OF LINES 7 - 29 | | 65,121.65 | | 65,121.65 |
| 31. | TOTAL POSTPETITION LIABILITIES | | 65,121.65 | | 65,121.65 |

(*) The debtor is in the process of amending schedules in order to accurately reflect the values as of the petition date.

| CASE NAME: | PETER R. MORRIS | | Cash Basis, Form 4A Monthly Operating Report |
|---|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | | CASH BASIS-4A |

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT (*) | MONTH JUN, 2010 | MONTH JUL, 2010 | MONTH AUG, 2010 |
|---|---|---|---|---|
| 1.   0-30 | | 0.00 | 76,265.10 | 86,962.76 |
| 2.   31-60 | | 0.00 | 19,839.38 | 84,932.63 |
| 3.   61-90 | | 0.00 | 59,038.14 | 35,882.04 |
| 4.   90+ | 5,585,794.89 | 5,487,794.89 | 5,553,049.43 | 5,579,377.38 |
| 5.   TOTAL ACCOUNTS RECEIVABLE | 5,585,794.89 | 5,487,794.89 | 5,708,192.05 | 5,787,154.81 |
| 6   AMOUNT CONSIDERED UNCOLLECTIBLE | | | | |
| 7.   ACCOUNTS RECEIVABLE (NET) | 5,585,794.89 | 5,487,794.89 | 5,708,192.05 | 5,787,154.81 |

| AGING OF POSTPETITION TAXES AND PAYABLES | | | | | |
|---|---|---|---|---|---|
| TAXES PAYABLE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | 91+ DAYS | TOTAL |
| 1. FEDERAL | | | | | |
| 2. STATE | | | | | |
| 3. LOCAL | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | |
| 5. TOTAL TAXES PAYABLE | | | | | |
| 6. ACCOUNTS PAYABLE | 35,121.65 | 5,000.00 | 5,000.00 | 20,000.00 | 65,121.65 |

| STATUS OF POSTPETITION TAXES | | | MONTH: AUGUST 2010 | |
|---|---|---|---|---|
| FEDERAL | BEGINNING TAX LIABILITY* | AMOUNT WITHHELD OR ACCRUED | AMOUNT PAID | ENDING TAX LIABILITY |
| 1.   WITHHOLDING ** | | | | |
| 2.   FICA-EMPLOYEE ** | | | | |
| 3.   FICA-EMPLOYER ** | | | | |
| 4.   UNEMPLOYMENT | | | | |
| 5.   INCOME | | | | |
| 6.   OTHER (ATTACH LIST) | | | | |
| 7.   TOTAL FEDERAL TAXES | | | | 0.00 |
| STATE AND LOCAL | | | | |
| 8.   WITHHOLDING | | | | |
| 9.   SALES | | | | |
| 10.  EXCISE | | | | |
| 11.  UNEMPLOYMENT | | | | |
| 12.  REAL PROPERTY | | | | |
| 13.  PERSONAL PROPERTY | | | | |
| 14   OTHER (ATTACH LIST) | | | | |
| 15.  TOTAL STATE A LOCAL | | | | 0.00 |
| 16.  TOTAL TAXES | | | | 0.00 |

\* The beginning tax liability should represent the liability from the prior month or, if this is the first operating report, the amount should be zero.

\*\* Attach photocopies of IRS Form 4123 or your FTD coupon and payment receipt to verify payment or deposit.

(*) The debtor is in the process of amending schedules in order to accurately reflect the values as of the petition date.

| CASE NAME: | PETER R. MORRIS | | MOR for Cash Basis, Form 5 Monthly Operating Report |
|---|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | | CASH BASIS-5 |
| | | MONTH: | AUGUST 2010 |

**PAYMENTS TO INSIDERS AND PROFESSIONALS**

OF THE TOTAL DISBURSEMENTS SHOWN FOR THE MONTH, LIST THE AMOUNT PAID TO INSIDERS (AS DEFINED IN SECTION 101 (31) (A)-(F) OF THE U.S. BANKRUPTCY CODE) AND TO PROFESSIONALS. ALSO, FOR PAYMENTS TO INSIDERS, IDENTIFY THE TYPE OF COMPENSATION PAID (e.g. SALARY, BONUS, COMMISSIONS, INSURANCE, HOUSING ALLOWANCE, TRAVEL, CAR ALLOWANCE, ETC.). ATTACH ADDITIONAL SHEETS IF NECESSARY.

| | INSIDERS | | |
|---|---|---|---|
| | NAME | TYPE OF PAYMENT | AMOUNT PAID | TOTAL PAID TO DATE |
| 1. | ( SEE ATTACHED SHEET ) | | 86,962.76 | 324,931.29 |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL PAYMENTS TO INSIDERS | | 86,962.76 | 324,931.29 |

| | PROFESSIONALS | | | | |
|---|---|---|---|---|---|
| | NAME | DATE OF COURT ORDER AUTHORIZING | AMOUNT APPROVED | AMOUNT PAID | TOTAL PAID TO DATE | TOTAL INCURRED & UNPAID* |
| 1. | | | | | | |
| 2. | | | | | | |
| 3. | | | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | TOTAL PAYMENTS TO PROFESSIONALS | | NONE | NONE | NONE | |

\* INCLUDE ALL FEES INCURRED, BOTH APPROVED AND UNAPPROVED

**POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS**

| | NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POSTPETITION |
|---|---|---|---|---|
| 1. | AUDI FINANCIAL SERVICES (Movan, VW Credit Inc), 2007 Audi S8 surrendered | | | |
| 2. | | | | |
| 3. | BENTLEY FINANCIAL (Movan, VW Credit Inc), 2007 Bentley Continental surrendered | | | |
| 4. | | | | |
| 5. | | | | |
| 6. | TOTAL | | | |

| CASE NAME: | PETER R. MORRIS | MOR for Cash Basis, Form 6 |
|---|---|---|
| CASE NUMBER: | 10-30240-HDH-11 | Monthly Operating Report |
| | | CASH BASIS-6 |
| | MONTH: | AUGUST 2010 |

### QUESTIONNAIRE

| | | YES | NO |
|---|---|---|---|
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES, OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | X | |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES," PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

  10.)  DETAIL PER "CASH BASIS-4" LIABILITIES

### INSURANCE

| | | YES | NO |
|---|---|---|---|
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW. | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO," OR IF ANY POLICIES HAVE BEEN CANCELLED OR NOT RENEWED DURING THIS REPORTING PERIOD PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

  HOMEOWNERS INSURANCE POLICY - NO NZC 269 99 15

| INSTALLMENT PAYMENTS | | | |
|---|---|---|---|
| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| | | | |
| | | | |
| | | | |

**PETER R. MORRIS**
CASE #10-30240-HDH-11
AUGUST 31, 2010
ATTACHED LIST FOR CASH BASIS-1
SECTION(S)

### 8. OTHER (ATTACH LIST), RECEIPTS

| Date | Payer | | Amount |
|---|---|---|---:|
| 8/31/2010 | CCCP HOLDINGS | INCOME FROM CCCP | 7,000.00 |
| 8/31/2010 | SRA | INCOME FROM SRA | 10,000.00 |
| 8/23/2010 | PETER MORRIS | PETER MORRIS FRANK SUPPORT OBLIGA' | 30,000.00 |
| | TOTAL 8. OTHER (ATTACH LIST), RECEIPTS | | 47,000.00 |

### 28. OTHER (ATTACH LIST), DISBURSEMENTS

| Date | Payee | | Amount |
|---|---|---|---:|
| 2/28/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 3/31/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 4/30/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 5/31/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 6/30/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 7/31/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 8/31/2010 | DWS Investments | Min Balance Charge | 3.00 |
| 8/5/2010 | LISSETTE MARTINEZ | INVESTMENT IN FAT TURTLE | 25.00 |
| 8/5/2010 | LISSETTE MARTINEZ | INVESTMENT IN FAT TURTLE | 108.22 |
| 8/5/2010 | LISSETTE MARTINEZ | INVESTMENT IN FAT TURTLE | 147.14 |
| 8/5/2010 | LISSETTE MARTINEZ | INVESTMENT IN FAT TURTLE | 102.00 |
| 8/25/2010 | YOLANDA SALAZAR | TEMPORARY HELP | 100.00 |
| 8/16/2010 | LISSETTE MARTINEZ | PARKING | 25.00 |
| 8/5/2010 | LISSETTE MARTINEZ | PERSONAL EXPENSES | 633.97 |
| 8/16/2010 | LISSETTE MARTINEZ | PARKING - DAILY | 15.00 |
| 8/16/2010 | LISSETTE MARTINEZ | PARKING - DAILY | 5.00 |
| 8/16/2010 | LISSETTE MARTINEZ | BANK FEES/CHARGES | 16.00 |
| 8/31/2010 | BANK OF TEXAS | BANK FEES/CHARGES | 84.00 |
| 8/23/2010 | PETER MORRIS FRANK SUPPORT ( | SUPPORT | 30,000.00 |
| 8/1/2010 | ARCHWAY OIL INC | GAS FOR CAR | 40.02 |
| 8/1/2010 | NINE | MEALS | 115.96 |
| 8/1/2010 | WHOLE FOODS MARKET | PERSONAL GROCERIES | 59.33 |
| 8/3/2010 | NINE | MEALS | 139.92 |
| 8/3/2010 | PIPERS ALLEY | PERSONAL EXPENSE | 13.00 |
| 8/3/2010 | SHAW'S SCHAUMBURG | MEALS | 54.37 |
| 8/5/2010 | COCO PAZZO | MEALS | 139.89 |
| 8/5/2010 | UNION TYSEN THEATRE TICK | PERSONAL THEATRE TICKETS | 330.00 |
| 8/6/2010 | CHICAGO PARKING METERS | PARKING | 5.00 |
| 8/6/2010 | CHICAGO PARKING METERS | PARKING | 3.00 |
| 8/6/2010 | CHICAGO PARKING METERS | PARKING | 1.65 |
| 8/7/2010 | NINE | MEALS | 69.68 |
| 8/8/2010 | POLO RALPH LAUREN | MEALS | 135.30 |
| 8/9/2010 | POLO RALPH LAUREN | MEALS | 70.58 |
| 8/11/2010 | CHICAGO PARKING METERS | PARKING | 2.50 |
| 8/12/2010 | CTYCHGO PARKING TICKET | PARKING TICKET | 122.00 |
| 8/13/2010 | MANSOOR, INC | BOOKS | 25.00 |
| 8/14/2010 | SANTA FE BAR & GRI | MEALS | 68.35 |
| 8/19/2010 | MOMED | MEALS | 65.99 |
| 8/19/2010 | NOBU | MEALS WITH FAMILY | 321.35 |
| 8/20/2010 | MAGGIANO'S | MEALS | 45.62 |
| 8/22/2010 | NINE | MEALS | 145.32 |
| | (continued) | | |

**PETER R. MORRIS**
CASE #10-30240-HDH-11
AUGUST 31, 2010
ATTACHED LIST FOR CASH BASIS-1
SECTION(S)
28. OTHER (ATTACH LIST), DISBURSEMENTS, continued

| Date | Payee | | Amount |
|---|---|---|---|
| 8/22/2010 | VIE RESTAURANT | MEALS | 159.00 |
| 8/23/2010 | CHICAGO PARKING METERS | PARKING | 2.50 |
| 8/23/2010 | HUDSON NEWS | PERSONAL BOOKS | 46.03 |
| 8/23/2010 | TRUEFITT & HILL | PERSONAL GROOMING | 55.00 |
| 8/26/2010 | ARCODORO & POMODORO AT T | BUSINESS MEETING | 153.94 |
| 8/26/2010 | MAGGIANO'S | MEALS | 109.76 |
| 8/27/2010 | CHICAGO PARKING METERS | PARKING | 5.00 |
| 8/27/2010 | NINE | MEALS | 42.63 |
| 8/27/2010 | PRIMEHOUSE RESTAURANT | MEALS | 133.22 |
| 8/28/2010 | CHICAGO PARKING METERS | PARKING | 5.00 |
| 8/28/2010 | MORTON'S OF CHICAGO | MEALS | 168.86 |
| 8/29/2010 | MORTONS OF WACKER PLACE | MEALS | 111.07 |
| 8/30/2010 | 7-ELEVEN | PERSONAL EXPENSE | 28.09 |
| 8/30/2010 | CVS | PERSONAL HOUSEHOLD EXPENSE | 30.85 |
| 8/31/2010 | COCO PAZZO | MEALS | 47.63 |
| 8/31/2010 | ICE | BANK FEES | 28.15 |
| 8/28/2010 | PETER MORRIS | CASH & ATM FEE | 102.75 |
| 8/5/2010 | LISSETTE MARTINEZ | PERSONAL EXPENSES | 1,800.00 |
| 8/16/2010 | LISSETTE MARTINEZ | PERSONAL EXPENSES | 200.00 |
| 8/3/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 10,000.00 |
| 8/4/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 8,000.00 |
| 8/10/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 16,000.00 |
| 8/10/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 3,800.00 |
| 8/12/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 5,000.00 |
| 8/17/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 8,000.00 |
| 8/20/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 5,000.00 |
| 8/23/2010 | PRM Realty Group LLC | SUPPORT / INSIDER PAYMENT | 22,000.00 |
| 7/31/2010 | PRM Realty Group LLC | Various Support / Insider Payments | 9,162.76 |

TOTAL 28. OTHER (ATTACH LIST), DISBURSEMENTS       123,448.40

PETER R. MORRIS  IN BENEFIT OF: PRM REALTY GROUP LLC
CASE #10-30240-HDH-11
AUGUST 31, 2010
CASH BASIS-5    PAYMENTS TO INSIDERS AND PROFESSIONALS

| Payee | Purpose | Month Total | Total-To-Date (*) |
|---|---|---:|---:|
| ING RETIREMENT PLAN | 401K - PAYROLL | 0.00 | 980.05 |
| UPAC PYMT FEE | INSURANCE | 0.00 | 24.95 |
| DOWNEY OIL | LAKE VALLHALLA OIL | 0.00 | 1,054.70 |
| DEPARTMENT OF C0MMERCE & CONSUMER AF | MALUHIA24 BUS TERMINATIC | 0.00 | 25.00 |
| BLUE CROSS BLUE SHIELD | MEDICAL INSURANCE | 0.00 | 26,229.80 |
| DOMA MOVING STORAGE | MOVING | 0.00 | 2,989.50 |
| DEMERETTE KEE | NET PAYROLL | 0.00 | 8,383.74 |
| DERRICK HOFFMAN | NET PAYROLL | 0.00 | 8,539.20 |
| KENNETH BRYANT | NET PAYROLL | 0.00 | 7,897.41 |
| LISSETTE MARTINEZ | NET PAYROLL | 0.00 | 6,310.10 |
| LISSETTE MARTINEZ - EXPENSES | EXPENSE REIMBURSEMENT | 3,246.45 | 5,922.63 |
| MICHAEL MEYER | NET PAYROLL | 0.00 | 7,670.28 |
| ROBERT SCHULZ | NET PAYROLL | 0.00 | 5,463.66 |
| CTO GOTOMYPC.COM | OFFICE PC SOFTWARRE | 274.20 | 1,857.90 |
| ATRIUM WEST PARTNERSHIP | OFFICE RENT | 0.00 | 3,201.00 |
| INTUIT CHECKS FOR | OFFICE SUPPLIES | 0.00 | 249.92 |
| OFFICE DEPOT | OFFICE SUPPLIES | 39.32 | 1,574.46 |
| TRUSTFAX | OFFICE SUPPLIES | 0.00 | 54.85 |
| COMED | OFFICE-ELECTRIC | 0.00 | 523.06 |
| D.S. GUCCIONE LLC | OUTSIDE CONSULTING | 0.00 | 2,510.00 |
| FEDEX | SHIPPING | 810.55 | 3,054.29 |
| HOST ACCOUNT | SOFTWARE | 0.00 | 2,483.90 |
| PAYPAL SHOWMYPCLLC | SOFTWARE | 0.00 | 14.00 |
| NEW YORK DEPARTMENT OF STATE | STATE FEES | 0.00 | 36.00 |
| SPRINT STORE 213 | TELEPHONE-CELLULAR | 0.00 | 225.97 |
| VERIZON | TELEPHONE-CELLULAR | 0.00 | 262.81 |
| AMERICAN AIRLINES | TRAVEL-AIRFARE | 745.40 | 15,343.75 |
| CONTINENTIAL AIRLINES | TRAVEL-AIRFARE | 0.00 | 1,532.00 |
| EMIRATES | TRAVEL-AIRFARE | 0.00 | 746.91 |
| UNITED AIRLINES | TRAVEL-AIRFARE | 0.00 | 5,158.90 |
| USAIRWAY | TRAVEL-AIRFARE | 0.00 | 150.00 |
| FOUR SEASONS | TRAVEL-HOTEL | 0.00 | 109.09 |
| HELMSLEY HOTEL PARK | TRAVEL-HOTEL | 0.00 | 317.51 |
| HYATT HOTELS SF AIRP | TRAVEL-HOTEL | 0.00 | 609.93 |
| MARRIOTT HOTEL KARACHI | TRAVEL-HOTEL | 0.00 | 44.48 |
| MARRIOTT HOTELS WAIK | TRAVEL-HOTEL | 0.00 | 1,235.80 |
| PARK HYATT DUBAI | TRAVEL-HOTEL | 0.00 | 2,106.38 |
| THE LEELA KEMPINSKI | TRAVEL-HOTEL | 0.00 | 1,888.96 |
| AQUARIO RESTAURANT | TRAVEL-MEAL | 0.00 | 282.95 |
| BENIHANA WE | TRAVEL-MEAL | 0.00 | 63.55 |
| CAPITAL GRILLE | TRAVEL-MEAL | 0.00 | 209.56 |
| ELIO S | TRAVEL-MEAL | 0.00 | 287.50 |
| HARRY CIPRIANI | TRAVEL-MEAL | 0.00 | 38.40 |
| POTBELLY | TRAVEL-MEAL | 0.00 | 64.06 |
| SHUN LEE PALACE | TRAVEL-MEAL | 0.00 | 193.20 |
| EK TRAVEL SHOP | TRAVEL-MISCELLANEOUS | 0.00 | 8.90 |
| AMTRAK | TRAVEL-TRAIN | 0.00 | 1,227.90 |
| RUMMEL & BEAUGARED RISK MANAGEMENT | INSURANCE | 0.00 | 10,168.20 |
| LAWRENCE LINKSMAN | TRAVEL-AIRFARE | 0.00 | 7,141.60 |
| CTO GENOMIC COM | SOFTWARE | 0.00 | 288.15 |
| TRUST FAX | FAXING SERVICE | 0.00 | 14.95 |
| PARTS DROP | COPIER PARTS | 0.00 | 573.75 |

(Continued)

PETER R. MORRIS   IN BENEFIT OF: PRM REALTY GROUP LLC
CASE #10-30240-HDH-11
AUGUST 31, 2010
CASH BASIS-5    PAYMENTS TO INSIDERS AND PROFESSIONALS, continued

| Payee | Purpose | Month Total | Total-To-Date (*) |
|---|---|---:|---:|
| USPS | POSTAGE | 0.00 | 1.00 |
| BOYER ROSENE MOVING | OFFICE MOVE | 0.00 | 8,000.00 |
| ACRANET CISI | BUSINESS LICENCE | 0.00 | 56.00 |
| TRULUCKS DALLAS | OFFICE MOVE | 0.00 | 130.48 |
| BEST BUY | COMP SUPPLIES | 0.00 | 378.68 |
| DELAWARE CORP & TAX WEB | BUSINESS LICENSE | 0.00 | 270.25 |
| PRIMEHOUSE RESTAURANT | TRAVEL-MEALS | 0.00 | 363.34 |
| EAST BANK STORAGE COMP | STORAGE | 400.00 | 1,100.00 |
| payment to "Lissette Martinez" in benefit of PRM Realty Group LLC | | 0.00 | 291.50 |
| APLUS.NET | HOSTING | 0.00 | 25.93 |
| BILTMORE HOTEL AND SUITE | MEALS-MEETING | 0.00 | 114.95 |
| CRAIGIE ON MAIN | MEALS-MEETING | 0.00 | 204.07 |
| HAMERSLEY'S BISTRO | MEALS-MEETING | 0.00 | 141.71 |
| MISTRAL RESTAURANT | MEALS-MEETING | 0.00 | 152.54 |
| NETWORK SOLUTIONS, LLC | OFFICE SOFTWARE | 0.00 | 392.87 |
| OCEANAIRE | MEALS-MEETING | 0.00 | 130.00 |
| POLO RALPH LAUREN | MEALS-MEETING | 0.00 | 120.63 |
| SOUTHWEST AIRLINES | AIRFARE | 1,559.00 | 7,341.20 |
| VILLA FRANCESCA | MEALS-MEETING | 0.00 | 261.82 |
| YAHOO MAIL | EMAILS | 0.00 | 19.99 |
| HEALTH CONCEPTS LLC | KITCHEN SUPPLIES | 0.00 | 148.33 |
| CHICAGO OFFICE TECHNO GR | COPIER REPAIR | 0.00 | 640.35 |
| DELTA AIRLINES | AIRFARE | 0.00 | 1,395.50 |
| FEDEX KINKO'S | FAXING SERVICE | 0.00 | 12.76 |
| HIGHBEAM.COM | LEGAL RESEARCH | 0.00 | 59.90 |
| INT INTELIUS.COM | LEGAL RESEARCH | 0.00 | 171.60 |
| J2 TRUSTFAX | FAXING SERVICE | 9.95 | 33.22 |
| MARRIOTT HOTELS-WAIKIKI | HOTEL FOR PETER WHILE IN | 0.00 | 633.57 |
| OFFICE MAX | SHIPPING | 0.00 | 108.24 |
| PEOPLESERCHPRO.COM | LEGAL RESEARCH | 0.00 | 39.95 |
| BS LLC INT ANNUAL REPO | ANNUAL FEE | 0.00 | 1,826.25 |
| US AIRWAYS | TRAVEL | 0.00 | 362.70 |
| RUSSIAN TEA ROOM | MEALS | 0.00 | 298.04 |
| DEMERETTE KEE [LOAN] | LOAN / ADVANCE | 1,000.00 | 3,000.00 |
| AIR INDIA | AIRFARE CAPITAL FORMATIC | 0.00 | 508.29 |
| AIRPORT FRA DF + TV | AIRFARE CAPITAL FORMATIC | 0.00 | 214.09 |
| BOMBAY BRASSERIE | MEAL BUSINESS | 0.00 | 662.93 |
| CRAIGSLIST ORG | AD FOR NEW EMPLOYEE | 25.00 | 50.00 |
| HIGHBEAM.COM RESEARCH | LEGAL DUE DILIGENCE | 29.95 | 59.90 |
| INFOCUBIC BACKGROUND CHK | LEGAL DUE DILIGENCE | 0.00 | 14.00 |
| NINE | LUNCH FOR KEN BRYANT | 0.00 | 82.94 |
| NORTON SOFTWARE | OFFICE SOFTWARE | 0.00 | 53.61 |
| ORB 7BZWAR | AIRFARE | 0.00 | 1,654.77 |
| PACER | LEGAL SOFTWARE | 0.00 | 130.72 |
| TAJ LANDS END HOTEL | LODGING-CAPITAL FORMATIC | 0.00 | 261.83 |
| UPS | OVERNIGHT SHIPPING | 6.33 | 48.67 |
| BARNES AND NOBLE | TRADING BOOKS | 51.72 | 51.72 |
| BORDERS BOOKS & MUSIC | FINANCIAL BOOKS | 8.98 | 8.98 |
| ITALIAN VILLAGE RESTAURANT | MEALS BUSINSESS | 101.81 | 101.81 |
| MANSION ON TURTLE CREEK | MEALS BUSINSESS | 159.70 | 159.70 |
| MIDWAY PARKING | PARKING FOR TRAVEL | 71.00 | 71.00 |
| RELIANCE COMMUNICATIONS | TELEPHONE EXPENSE | 7.20 | 7.20 |
| TX SECRETARY OF STATE | BUSINESS GOOD STANDING | 616.20 | 616.20 |

PETER R. MORRIS                                                                              IN BENEFIT OF:  PRM REALTY GROUP LLC
CASE #10-30240-HDH-11
AUGUST 31, 2010
CASH BASIS-5     PAYMENTS TO INSIDERS AND PROFESSIONALS, continued

| Payee | Purpose | Month Total | Total-To-Date (*) |
|---|---|---|---|
| PRM REALTY GROUP LLC | SUPPORT | 77,800.00 | 144,600.00 |
| TOTAL PAYMENTS TO INSIDERS AND PROFESSIONALS | | 86,962.76 | 324,931.29 |

(*) **Total-to-date includes debtor's payments to insiders for January 2010, not previously recorded as insiders.**